Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
Phone: 702-228-7590 / Fax: 702-892-0122
E-Mail: bkfilings@s-mlaw.com
*Attorneys for Yvette Weinstein, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-15-10462-MKN |
| Lionel Sawyer & Collins, Ltd., | Chapter 7 |
| Debtor. | Adversary No. |
| Yvette Weinstein, Chapter 7 Trustee, | **COMPLAINT FOR MONIES OWED** |
| Plaintiff, | |
| v. | |
| 1224 LTD Consulting; Amerco Real Estate Company; Amy Julien; Amy Lucier; Andrew B. Donner; Anthony London; Apex Clean Energy, Inc.; Arbor Foundation; Armando Rodriguez; ASTOUND Group, Inc; Bruce Wisner; Bryce L. Tirrell; Capital Health Group LLC; Casino Services Publishing, LLC; Cerebrus Holdings, LLC; CMA Consulting; Cynthia Matheus; Dale Howard; David Leonardi; Deli Planet, Inc.; Desert Restaurant Group, LLC; DF, LLC; Douglas R. Eisner; Dustin Metcalf; Dwight Meierhenry & Barbara Meierhenry; Eliezer Mizrachi; Elliot A. Harris and Anita B. Harris; Evergreen International Aviation; Familian Development Group; Forever Green NV, a Nevada corporation; I. Heidi Loeb Hegerich; Frank J. Catanzarite; Frias Holding Company; G2 Game Design, LLC; Gerald Thornton; Gerardo Borrego; Greenwood Hall, Inc.; H2O Conservation Ltd.; Howard L. Abselet; iPro, Inc.; JA Energy; Jean Phillips; John J. Cahill, Public Administrator; John Kilpatrick; John P. Furlong and Kimberly L. Furlong; Jonathan Baktari; Joyce Issaq; Julie Summerville; Kexuan Yao and William Thompson; Luis Munoz & Luz Munoz; Mark Stiffler; Michael Price and Danielle Price; Michael B. Eckerman; Michael Duncan; Michael Mosca; Michael Reiss; Milton Christenson; | |

Complaint Form

Page 1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | Momeni & Associates, Inc.; Mountainside Health Center NV, LLC; Moveline Group, Inc., a Delaware corporation; Nannies & Housekeepers, LLC; Nevada Alliance of Boys & Girls Clubs; Nevada Association of Health Facilities; Patricia Ann Thompson; Pemberton Fine Wine and Spirits, LLC; Prestige Capital Fund, LLC; Public House Las Vegas LLC; Rainbow Andreani; Rainbow Hotel, LLC; Ray O'Donnell; Rhonda Mushkin; Robert Hamrick and Molly Hamrick; Ronald Tassinari & Audrey Tassinari; Scott Sibley; Sheila M. Matherly; SRS Holdings; Sterling Senior Communities; Suning Universal Co., Ltd.; T.A.C.T. USA Inc.; Ted Lachowicz and Cheryl I Lachowicz; Thomas M. McIntosh, Attorney at Law; Tracy Westen and Linda Lawson; Waterton Global Value, L.P. & Borealis Mining Co. LLC; Weir Foulds, LLP; Whittier Trust Company of Nevada; Yunli Moy; DOE individuals 1-10; and ROE corporations 1-10,<br><br>                                         Defendants. |

Plaintiff Yvette Weinstein ("Trustee" or "Plaintiff"), in her capacity as Chapter 7 Trustee of Lionel Sawyer & Collins, Ltd. ("LSC"), by and through her counsel submits this Complaint For Monies Owed against defendants, as set forth above and more fully set forth on **Exhibit 1**[1] attached hereto and made a part hereof (each a "Defendant" and collectively, the "Defendants"), and alleges as follows:

### JURISDICTION AND VENUE

1.  LSC filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on January 30, 2015 (the "Petition Date").

2.  The United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334(b).

3.  This adversary proceeding concerns a matter which is related to the administration of

---

[1] Exhibit 1 contains an alphabetical listing (by business or first name of Defendant) of each Defendant, along with a summary of the fees, costs, and interest accrued pre-petition, along with the post-petition interest accrued for the period of January 31, 2015 through October 31, 2016, which amounts continue to accrue.

Complaint Form

1  the bankruptcy estate.

2    4. This adversary proceeding is a non-core proceeding.

3    5. The Plaintiff consents to the entry of a final judgment by this Court.

4    6. Venue in this district is proper pursuant to 28 U.S.C. § 1409.

5    7. This adversary proceeding is brought pursuant to Fed.R.Bankr. P. 7001(1) and 11

6  U.S.C. § 541(a) to collect a sum of money owed to the bankruptcy estate.

7    8. The Court has authorized the filing of this adversary proceeding pursuant to the Order

8  Granting Motion For Approval To File Consolidated Adversary (Dkt. No. 568) entered on the Court's

9  docket on December 23, 2015.

## PARTIES TO THE PROCEEDING

  9. Plaintiff is the duly appointed and acting trustee in the case of LSC.

  10. Defendant(s) is an individual residing in or an entity doing business in the United States of America who obtained services from LSC.

  11. That the true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as DOE individuals 1 through 10 and ROE corporations 1 through 10, inclusive are unknown to Debtor who, therefore sues said Defendants by such fictitious names and Debtor will ask leave to amend this Complaint to show their true names and capacities when the same have been ascertained. Debtor believes that each Defendant named as a DOE or ROE may have dominion and control of the property or may be responsible in some manner for the events herein referred to and caused damages proximately thereby to Debtor as alleged herein.

## STATEMENT OF FACTS

  12. Prior to the Petition Date, LSC provided legal services to and incurred costs on behalf of Defendant(s).

  13. Prior to the Petition Date, LSC tendered invoices for such legal services to Defendant(s) ("Invoices").

  14. As of the Petition Date, an unpaid balance was owed by Defendant(s) for the legal services and costs provided by LSC to Defendant(s) with interest accruing thereafter at the rate of 12% per annum ("Unpaid Balance"). See Exhibit 1.

Complaint Form

1    15.    Trustee's counsel has sent Defendant(s) a demand requesting payment of the balance owed to LSC.

16.    Defendant(s) has not paid the Unpaid Balance.

### FIRST CLAIM FOR RELIEF

#### (Monies Due and Owing)

17.    Plaintiff repeats and realleges each and every allegation contained in the paragraphs set forth above as set forth herein.

18.    Defendant(s) owes the bankruptcy estate the Unpaid Balance for legal services rendered and costs incurred for the benefit of Defendant(s).

### SECOND CLAIM FOR RELIEF

#### (Account Stated)

19.    Plaintiff repeats and realleges each and every allegation contained in the paragraphs set forth above as set forth herein.

20.    Defendant(s) owes the bankruptcy estate the Unpaid Balance based on the Invoices.

### THIRD CLAIM FOR RELIEF

#### (Breach of Contract)

19.    Plaintiff repeats and realleges each and every allegation contained in the paragraphs set forth above as set forth herein.

20.    LSC agreed to provide legal services and expend costs for the benefit of Defendant(s).

21.    Defendant(s) agreed to pay for the legal services and costs provided to him by LSC.

22.    Defendant(s) failed to pay for the legal services and costs.

23.    By failing to pay LSC for the legal services and costs owed to it, Defendant(s) breached the terms of the agreement with LSC.

24.    As a direct and proximate cause of Defendant's breach of the agreement to pay LSC for the legal services and costs, the LSC bankruptcy estate has been damaged in the amount of the Unpaid Balance.

/ / /

/ / /

Complaint Form

Page 4

### FOURTH CLAIM FOR RELIEF

**(Breach of the Implied Covenant of Good Faith And Fair Dealing)**

25. Plaintiff repeats and realleges each and every allegation contained in the paragraphs set forth above and as set forth herein.

26. The agreement by LSC to provide legal services and costs to Defendant(s) and for Defendant(s) to pay for legal services and costs to LSC is valid and enforceable.

27. By failing to pay LSC for the legal services and costs, Defendant(s) breached the implied covenant of good faith and fair dealing contained in the agreement between the parties.

28. As a direct and proximate cause of Defendant's breach of the implied covenant of good faith and fair dealing under the agreement to pay LSC for legal services and costs, the LSC bankruptcy estate has been damaged in the amount of the Unpaid Balance.

### FIFTH CLAIM FOR RELIEF

**(Unjust Enrichment/Quantum Meruit)**

29. Plaintiff repeats and realleges each and every allegation contained in the paragraphs set forth above and as set forth herein.

30. LSC provided legal services and incurred costs for the benefit of Defendant(s).

31. Defendant(s) agreed to pay for the legal services and costs.

32. Defendant(s) failed to pay for the legal services and costs.

33. By failing to pay LSC for the legal services and costs, Defendant(s) received and retained benefits for which she did not compensate LSC to the loss of LSC.

34. As a direct and proximate cause of Defendant's failure to pay for the legal services and costs to LSC, the LSC bankruptcy estate has been damaged in the amount of the Unpaid Balance.

**WHEREFORE**, Plaintiff respectfully requests the Bankruptcy Court enter judgment in favor of Plaintiff and against Defendant(s):

1. In the prepetition sum set forth on **Exhibit 1**;
2. For interest from January 31, 2015 at the rate of 12% per annum;
3. For reasonable attorneys' fees and costs;
4. For costs of suit; and

Complaint Form

5. For such other and further relief as this Court deems just and proper.

Or, in the alternative, to submit proposed findings of fact and conclusions of law to the United States District Court for the District of Nevada recommending that the court enter judgment in favor of Plaintiff and against Defendant(s) as stated above.

Dated: November 16, 2016.

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Esq., NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys for Yvette Weinstein, Chapter 7 Trustee*

| Client Number | Defendant(s) | Fees | Costs | Prepetition Interest | PrePetition Sum | Daily Rate | Interest Accrued 01/31/15 thru 10/31/16 | Total |
|---|---|---|---|---|---|---|---|---|
| 23490 | 1224 LTD Consulting | $ 1,943.75 | $ - | $ 101.09 | $ 2,044.84 | $ 0.67 | $ 430.26 | $ 2,475.10 |
| 17591 | Amereco Real Estate Company | $ 4,625.00 | $ 49.43 | $ 46.74 | $ 4,721.17 | $ 1.55 | $ 993.39 | $ 5,714.56 |
| 24023 | Amy Julien | $ 1,096.00 | $ - | $ - | $ 1,096.00 | $ 0.36 | $ 230.61 | $ 1,326.61 |
| 24172 | Amy Lucier | $ 2,337.50 | $ - | $ - | $ 2,337.50 | $ 0.77 | $ 491.84 | $ 2,829.34 |
| 16330 | Andrew B. Donner | $ 1,725.00 | $ - | $ - | $ 1,725.00 | $ 0.57 | $ 362.96 | $ 2,087.96 |
| 22017 | Anthony London | $ 1,815.00 | $ 550.00 | $ 71.64 | $ 2,436.64 | $ 0.80 | $ 512.70 | $ 2,949.34 |
| 23730 | Apex Clean Energy, Inc. | $ 12,327.50 | $ 507.80 | $ - | $ 12,835.30 | $ 4.22 | $ 2,700.69 | $ 15,535.99 |
| 23993 | Arbor Foundation | $ 1,487.50 | $ - | $ 2.48 | $ 1,489.98 | $ 0.49 | $ 313.51 | $ 1,803.49 |
| 19976 | Armando Rodriguez | $ 3,628.37 | $ - | $ 6,511.23 | $ 10,139.60 | $ 3.33 | $ 2,133.48 | $ 12,273.08 |
| 23365 | ASTOUND Group, Inc | $ 1,265.00 | $ - | $ 45.96 | $ 1,310.96 | $ 0.43 | $ 275.84 | $ 1,586.80 |
| 19378 | Bruce Wisner | $ 812.50 | $ 150.36 | $ 101.42 | $ 1,064.28 | $ 0.35 | $ 223.94 | $ 1,288.22 |
| 24079 | Bryce L. Tirrell | $ 3,220.00 | $ 963.72 | $ - | $ 4,183.72 | $ 1.38 | $ 880.30 | $ 5,064.02 |
| 23648 | Capital Health Group LLC | $ 2,995.56 | $ 5.21 | $ 23.34 | $ 3,024.11 | $ 0.99 | $ 636.31 | $ 3,660.42 |
| 15740 | Casino Services Publishing, LLC | $ 3,741.25 | $ 400.00 | $ - | $ 4,141.25 | $ 1.36 | $ 871.36 | $ 5,012.61 |
| 23566 | Cerebrus Holdings, LLC | $ 11,114.25 | $ 29.42 | $ - | $ 11,143.67 | $ 3.66 | $ 2,344.75 | $ 13,488.42 |
| 16717 | CMA Consulting | $ 1,854.50 | $ - | $ - | $ 1,854.50 | $ 0.61 | $ 390.21 | $ 2,244.71 |
| 22925 | Cynthia Matheus | $ 2,120.00 | $ 0.42 | $ 544.03 | $ 2,664.45 | $ 0.88 | $ 560.63 | $ 3,225.08 |
| 19184 | Dale Howard | $ 1,425.00 | $ - | $ - | $ 1,425.00 | $ 0.47 | $ 299.84 | $ 1,724.84 |
| 16124 | David Leonardi | $ 2,485.00 | $ - | $ - | $ 2,485.00 | $ 0.82 | $ 522.87 | $ 3,007.87 |
| 16318 | Deli Planet, Inc. | $ 4,103.75 | $ - | $ 95.63 | $ 4,199.38 | $ 1.38 | $ 883.60 | $ 5,082.98 |
| 23487 | Desert Restaurant Group, LLC | $ 6,417.50 | $ 8.80 | $ - | $ 6,426.30 | $ 2.11 | $ 1,352.16 | $ 7,778.46 |
| 22583 | DF, LLC | $ 693.75 | $ 825.00 | $ - | $ 1,518.75 | $ 0.50 | $ 319.56 | $ 1,838.31 |
| 23582 | Douglas R. Eisner | $ 1,360.00 | $ 388.50 | $ 117.19 | $ 1,865.69 | $ 0.61 | $ 392.56 | $ 2,258.25 |
| 23948 | Dustin Metcalf | $ 6,376.25 | $ 400.00 | $ 6.00 | $ 6,782.25 | $ 2.23 | $ 1,427.06 | $ 8,209.31 |
| 17873 | Dwight & Barbara Meierhenry | $ 2,673.74 | $ - | $ 255.15 | $ 2,928.89 | $ 0.96 | $ 616.27 | $ 3,545.16 |
| 17983 | Eliezer Mizrachi | $ 917.50 | $ 134.18 | $ 87.51 | $ 1,139.19 | $ 0.37 | $ 239.70 | $ 1,378.89 |
| 19745 | Elliot A. and Anita B. Harris | $ 4,580.00 | $ 85.00 | $ 906.25 | $ 5,571.25 | $ 1.83 | $ 1,172.25 | $ 6,743.50 |
| 16271 | Evergreen International Aviation | $ 3,225.00 | $ - | $ - | $ 3,225.00 | $ 1.06 | $ 678.58 | $ 3,903.58 |
| 10796 | Familian Development Group | $ 13,023.75 | $ 536.43 | $ 141.65 | $ 13,701.83 | $ 4.50 | $ 2,883.02 | $ 16,584.85 |
| 23744 | Forever Green NV, a Nevada corporation; I. Heidi Loeb Hegerich | $ 1,127.00 | $ - | $ - | $ 1,127.00 | $ 0.37 | $ 237.13 | $ 1,364.13 |
| 23921 | Frank J. Catanzarite | $ 1,625.00 | $ 41.00 | $ - | $ 1,666.00 | $ 0.55 | $ 350.54 | $ 2,016.54 |
| 21821 | Frias Holding Company | $ 7,500.00 | $ - | $ - | $ 7,500.00 | $ 2.47 | $ 1,578.08 | $ 9,078.08 |
| 20024 | G2 Game Design, LLC | $ 3,510.00 | $ - | $ - | $ 3,510.00 | $ 1.15 | $ 738.54 | $ 4,248.54 |
| 23047 | Gerald Thornton | $ 2,200.00 | $ 1,435.33 | $ 20.85 | $ 3,656.18 | $ 1.20 | $ 769.30 | $ 4,425.48 |
| 20289 | Gerardo Borrego | $ 2,650.00 | $ 61.98 | $ - | $ 2,711.98 | $ 0.89 | $ 570.63 | $ 3,282.61 |
| 23944 | Greenwood Hall, Inc. | $ 1,937.50 | $ - | $ - | $ 1,937.50 | $ 0.64 | $ 407.67 | $ 2,345.17 |
| 23642 | H2O Conservation Ltd | $ 21,978.75 | $ 604.54 | $ 1,870.43 | $ 24,453.72 | $ 8.04 | $ 5,145.33 | $ 29,599.05 |
| 23961 | Howard L. Abselet | $ 2,303.00 | $ 673.46 | $ - | $ 2,976.46 | $ 0.98 | $ 626.28 | $ 3,602.74 |
| 24088 | iPro, Inc. | $ 1,170.00 | $ - | $ - | $ 1,170.00 | $ 0.38 | $ 246.18 | $ 1,416.18 |
| 22501 | JA Energy | $ 3,000.00 | $ - | $ 235.00 | $ 3,235.00 | $ 1.06 | $ 680.68 | $ 3,915.68 |
| 21373 | Jean Phillips | $ 1,656.50 | $ - | $ - | $ 1,656.50 | $ 0.54 | $ 348.55 | $ 2,005.05 |
| 21267 | John J. Cahill, Public Administrator | $ 7,055.00 | $ 378.00 | $ 2,215.03 | $ 9,648.03 | $ 3.17 | $ 2,030.05 | $ 11,678.08 |
| 17768 | John Kilpatrick | $ 2,619.50 | $ - | $ - | $ 2,619.50 | $ 0.86 | $ 551.17 | $ 3,170.67 |
| 24137 | John P. and Kimberly L. Furlong | $ 2,040.00 | $ 75.00 | $ - | $ 2,115.00 | $ 0.70 | $ 445.02 | $ 2,560.02 |
| 17788 | Jonathan Baktari | $ 1,800.00 | $ - | $ - | $ 1,800.00 | $ 0.59 | $ 378.74 | $ 2,178.74 |
| 19963 | Joyce Issaq | $ 2,872.00 | $ 792.66 | $ - | $ 3,664.66 | $ 1.20 | $ 771.08 | $ 4,435.74 |
| 21622 | Julie Summerville | $ 6,074.75 | $ 723.94 | $ - | $ 6,798.69 | $ 2.24 | $ 1,430.52 | $ 8,229.21 |
| 23449 | Kexuan Yao and William Thompson | $ 5,512.50 | $ 236.84 | $ 121.59 | $ 5,870.93 | $ 1.93 | $ 1,235.31 | $ 7,106.24 |
| 17560 | Luis & Luz Munoz | $ 2,330.00 | $ - | $ - | $ 2,330.00 | $ 0.77 | $ 490.26 | $ 2,820.26 |
| 23991 | Mark Stiffler | $ 1,852.00 | $ - | $ - | $ 1,852.00 | $ 0.61 | $ 389.68 | $ 2,241.68 |
| 23765 | Michael Price and Danielle Price | $ 12,221.53 | $ - | $ - | $ 12,221.53 | $ 4.02 | $ 2,571.54 | $ 14,793.07 |
| 23079 | Michael B. Eckerman | $ 7,394.14 | $ - | $ 69.77 | $ 7,463.91 | $ 2.45 | $ 1,570.49 | $ 9,034.40 |

**EXHIBIT 1**

| Client Number | Defendant(s) | Fees | Costs | Pre-petition Interest | Pre-Petition Sum | Daily Rate | Interest Accrued 07/31/15 thru 10/31/16 | Total |
|---|---|---|---|---|---|---|---|---|
| 20877 | Michael Duncan | $ 5,365.14 | $ 273.65 | $ 2,055.98 | $ 7,694.77 | $ 2.53 | $ 1,619.06 | $ 9,313.83 |
| 24021 | Michael Mosca | $ 1,235.00 | $ - | $ - | $ 1,235.00 | $ 0.41 | $ 259.86 | $ 1,494.86 |
| 18053 | Michael Reiss | $ 3,535.00 | $ - | $ 497.98 | $ 4,032.98 | $ 1.33 | $ 848.58 | $ 4,881.56 |
| 23641 | Milton Christenson | $ 10,570.27 | $ 845.01 | $ 408.06 | $ 11,823.34 | $ 3.89 | $ 2,487.76 | $ 14,311.10 |
| 21405 | Momeni & Associates, Inc. | $ 5,240.00 | $ 270.90 | $ 162.49 | $ 5,673.39 | $ 1.87 | $ 1,193.74 | $ 6,867.13 |
| 24016 | Mountainside Health Center NV, LLC | $ 1,275.00 | $ - | $ 2.48 | $ 1,277.48 | $ 0.42 | $ 268.80 | $ 1,546.28 |
| 23740 | Moveline Group, Inc., a Delaware corporation | $ 5,195.00 | $ - | $ - | $ 5,195.00 | $ 1.71 | $ 1,093.08 | $ 6,288.08 |
| 19895 | Nannies & Housekeepers, LLC | $ 13,477.10 | $ - | $ - | $ 13,477.10 | $ 4.43 | $ 2,835.73 | $ 16,312.83 |
| 23762 | Nevada Alliance of Boys & Girls Clubs | $ 4,285.71 | $ 422.01 | $ - | $ 4,707.72 | $ 1.55 | $ 990.56 | $ 5,698.28 |
| 22073 | Nevada Association of Health Facilities | $ 4,000.00 | $ 652.33 | $ - | $ 4,652.33 | $ 1.53 | $ 978.90 | $ 5,631.23 |
| 24024 | Patricia Ann Thompson | $ 1,207.50 | $ - | $ - | $ 1,207.50 | $ 0.40 | $ 254.07 | $ 1,461.57 |
| 21975 | Pemberton Fine Wine and Spirits, LLC | $ 1,694.05 | $ 659.61 | $ 340.59 | $ 2,694.25 | $ 0.89 | $ 566.90 | $ 3,261.15 |
| 23530 | Prestige Capital Fund, LLC | $ 17,426.95 | $ 2,814.13 | $ 2,171.84 | $ 22,412.92 | $ 7.37 | $ 4,715.92 | $ 27,128.84 |
| 22400 | Public House Las Vegas LLC | $ 3,306.25 | $ 1,382.26 | $ 1,499.16 | $ 6,187.67 | $ 2.03 | $ 1,301.95 | $ 7,489.62 |
| 23174 | Rainbow Andreani | $ 1,150.00 | $ - | $ 37.50 | $ 1,187.50 | $ 0.39 | $ 249.86 | $ 1,437.36 |
| 19308 | Rainbow Hotel, LLC | $ 12,573.75 | $ 10.82 | $ - | $ 12,584.57 | $ 4.14 | $ 2,647.93 | $ 15,232.50 |
| 23950 | Ray O'Donnell | $ 3,540.00 | $ - | $ - | $ 3,540.00 | $ 1.16 | $ 744.85 | $ 4,284.85 |
| 18385 | Rhonda Mushkin | $ 1,013.75 | $ - | $ 33.47 | $ 1,047.22 | $ 0.34 | $ 220.35 | $ 1,267.57 |
| 22271 | Robert and Molly Hamrick | $ 7,163.75 | $ 1.00 | $ 678.98 | $ 7,843.73 | $ 2.58 | $ 1,650.41 | $ 9,494.14 |
| 19105 | Ronald & Audrey Tassinari | $ 1,207.50 | $ - | $ - | $ 1,207.50 | $ 0.40 | $ 254.07 | $ 1,461.57 |
| 14919 | Scott Sibley | $ 1,270.00 | $ 21.00 | $ - | $ 1,291.00 | $ 0.42 | $ 271.64 | $ 1,562.64 |
| 24040 | Sheila M. Matherly | $ 3,110.00 | $ 436.00 | $ - | $ 3,546.00 | $ 1.17 | $ 746.12 | $ 4,292.12 |
| 23795 | SRS Holdings | $ 3,048.00 | $ - | $ 84.81 | $ 3,132.81 | $ 1.03 | $ 659.18 | $ 3,791.99 |
| 23927 | Sterling Senior Communities | $ 5,000.00 | $ - | $ - | $ 5,000.00 | $ 1.64 | $ 1,052.05 | $ 6,052.05 |
| 23885 | Suning Universal Co., Ltd. | $ 4,387.50 | $ - | $ 43.88 | $ 4,431.38 | $ 1.46 | $ 932.41 | $ 5,363.79 |
| 23337 | T.A.C.T. USA Inc. | $ 525.00 | $ 571.97 | $ 34.81 | $ 1,131.78 | $ 0.37 | $ 238.14 | $ 1,369.92 |
| 17613 | Ted and Cheryl I Lachowicz | $ 1,793.00 | $ 44.00 | $ - | $ 1,837.00 | $ 0.60 | $ 386.52 | $ 2,223.52 |
| 19753 | Thomas M. McIntosh, Attorney at Law | $ 6,530.00 | $ 110.04 | $ - | $ 6,640.04 | $ 2.18 | $ 1,397.14 | $ 8,037.18 |
| 23644 | Tracy Westen and Linda Lawson | $ 17,842.00 | $ - | $ 466.81 | $ 18,308.81 | $ 6.02 | $ 3,852.37 | $ 22,161.18 |
| 24051 | Waterton Global Value, L.P. & Borealis Mining Co. LLC | $ 15,115.30 | $ 172.18 | $ - | $ 15,287.48 | $ 5.03 | $ 3,216.65 | $ 18,504.13 |
| 23928 | Weir Foulds LLP | $ 2,877.50 | $ 26.17 | $ 26.75 | $ 2,930.42 | $ 0.96 | $ 616.59 | $ 3,547.01 |
| 19155 | Whittier Trust Company of Nevada | $ 4,506.25 | $ 0.69 | $ - | $ 4,506.94 | $ 1.48 | $ 948.31 | $ 5,455.25 |
| 24098 | Yunli Moy | $ 4,954.50 | $ 313.56 | $ - | $ 5,268.06 | $ 1.73 | $ 1,108.46 | $ 6,376.52 |
| | TOTALS: | $383,239.86 | $19,084.35 | $ 22,135.57 | $ 424,459.78 | $ 139.55 | $ 89,310.99 | $ 513,770.77 |

**EXHIBIT 1**