NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

LIONEL SAWYER & COLLINS, LTD. ,
                              Debtor(s)

BK−15−10462−mkn
CHAPTER 7

Adversary Proceeding: 16−01121−mkn

YVETTE WEINSTEIN
                              Plaintiff(s)

vs

1224 LTD CONSULTING
AMERCO REAL ESTATE COMPANY
AMY JULIEN
AMY LUCIER
ANDREW B. DONNER
ANTHONY LONDON
APEX CLEAN ENERGY, INC.
ARBOR FOUNDATION
ARMANDO RODRIGUEZ
ASTOUND GROUP, INC.
BRUCE WISNER
BRYCE L. TIRRELL
CAPITAL HEALTH GROUP LLC
CASINO SERVICES PUBLISHING, LLC
CEREBRUS HOLDINGS, LLC
CMA CONSULTING
CYNTHIA MATHEUS
DALE HOWARD
DAVID LEONARDI
DELI PLANET, INC.
DESERT RESTAURANT GROUP, LLC
DF, LLC
DOUGLAS R. EISNER
DUSTIN MEFCALF
DWIGHT MEIERHENRY
BARBARA MEIERHENRY
ELIEZER MIZRACHI
ELLIOT A. HARRIS
ANITA B. HARRIS
EVERGREEN INTERNATIONAL AVIATION
FAMILIAN DEVELOPMENT GROUP
FOREVER GREEN NV
I. HEIDI LOEB HEGERICH
FRANK J. CATANZARITE
FRIAS HOLDING COMPANY
G2 GAME DESIGN, LLC
GERALD THORNTON
GERARDO BORREGO
GREENWOOD HALL, INC.
H2O CONSERVATION LTD.
HOWARD L. ABSELET
IPRO, INC.
JA ENERGY
JEAN PHILLIPS
JOHN J. CAHILL

SUMMONS AND
NOTICE OF SCHEDULING
CONFERENCE IN AN ADVERSARY
PROCEEDING

Hearing Date:  March 30, 2017
Hearing Time:  10:00 am

JOHN KILPATRICK
JOHN P. FURLONG
Kimberly L. Furlong
JONATHAN BAKTARI
JOYCE ISSAQ
JULIE SUMMERVILLE
KEXUAN YAO
WILLIAM THOMPSON
LUIS MUNOZ
LUZ MUNOZ
MARK STIFFLER
MICHAEL PRICE
DANIELLE PRICE
MICHAEL B. ECKERMAN
MICHAEL DUNCAN
MICHAEL MOSCA
MICHAEL REISS
MILTON CHRISTENSON
MOMENI & ASSOCIATES, INC.
MOUNTAINSIDE HEALTH CENTER NV, LLC
MOVELINE GROUP, INC.
NANNIES & HOUSEKEEPERS, LLC
NEVADA ALLIANCE OF BOYS & GIRLS CLUBS
NEVADA ASSOCIATION OF HEALTH FACILITIES
PATRICIA ANN THOMPSON
PEMBERTON FINE WINE AND SPIRITS, LLC
PRESTIGE CAPITAL FUND, LLC
PUBLIC HOUSE LAS VEGAS LLC
RAINBOW ANDREANI
RAINBOW HOTEL, LLC
RAY O'DONNELL
RHONDA MUSHKIN
ROBERT HAMRICK
MOLLY HAMRICK
RONALD TASSINARI
AUDREY TASSINARI
SCOTT SIBLEY
Sheila M. Matherly
SRS Holdings
Sterling Senior Communities
Suning Universal Co., Ltd.
T.A.C.T. USA Inc.
Ted Lachowicz
Cheryl I. Lachowicz
Thomas M. McIntosh
Tracy Westen
Linda Lawson
Waterton Global Value, L.P.
Borealis Mining Co. LLC
Weir Foulds, LLP
Whittier Trust Company of Nevada
Yunli Moy

Defendant(s)

---

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of the Clerk:

Clerk, U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| JEANETTE E. MCPHERSON<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146<br>(702) 228–7590 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Hearing Date: | March 30, 2017 |
| Hearing Time: | 10:00 am |
| Hearing Location: | MKN–Courtroom 2, Foley Federal Bldg<br>300 Las Vegas Blvd South,<br>Las Vegas, NV 89101 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: November 18, 2016

Mary A. Schott
Clerk of Court

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

LIONEL SAWYER & COLLINS, LTD. ,
                     Debtor(s)

YVETTE WEINSTEIN, et al,
                     Plaintiff(s)

vs

1224 LTD CONSULTING
AMERCO REAL ESTATE COMPANY
AMY JULIEN
AMY LUCIER
ANDREW B. DONNER
ANTHONY LONDON
APEX CLEAN ENERGY, INC.
ARBOR FOUNDATION
ARMANDO RODRIGUEZ
ASTOUND GROUP, INC.
BRUCE WISNER
BRYCE L. TIRRELL
CAPITAL HEALTH GROUP LLC
CASINO SERVICES PUBLISHING, LLC
CEREBRUS HOLDINGS, LLC
CMA CONSULTING
CYNTHIA MATHEUS
DALE HOWARD
DAVID LEONARDI
DELI PLANET, INC.
DESERT RESTAURANT GROUP, LLC
DF, LLC
DOUGLAS R. EISNER
DUSTIN MEFCALF
DWIGHT MEIERHENRY
BARBARA MEIERHENRY
ELIEZER MIZRACHI
ELLIOT A. HARRIS
ANITA B. HARRIS
EVERGREEN INTERNATIONAL AVIATION
FAMILIAN DEVELOPMENT GROUP
FOREVER GREEN NV
I. HEIDI LOEB HEGERICH
FRANK J. CATANZARITE
FRIAS HOLDING COMPANY
G2 GAME DESIGN, LLC
GERALD THORNTON
GERARDO BORREGO
GREENWOOD HALL, INC.
H2O CONSERVATION LTD.
HOWARD L. ABSELET
IPRO, INC.
JA ENERGY
JEAN PHILLIPS
JOHN J. CAHILL
JOHN KILPATRICK

BK–15–10462–mkn
CHAPTER 7

Adversary Proceeding: 16–01121–mkn

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  March 30, 2017
Hearing Time:  10:00 am

JOHN P. FURLONG
Kimberly L. Furlong
JONATHAN BAKTARI
JOYCE ISSAQ
JULIE SUMMERVILLE
KEXUAN YAO
WILLIAM THOMPSON
LUIS MUNOZ
LUZ MUNOZ
MARK STIFFLER
MICHAEL PRICE
DANIELLE PRICE
MICHAEL B. ECKERMAN
MICHAEL DUNCAN
MICHAEL MOSCA
MICHAEL REISS
MILTON CHRISTENSON
MOMENI & ASSOCIATES, INC.
MOUNTAINSIDE HEALTH CENTER NV, LLC
MOVELINE GROUP, INC.
NANNIES & HOUSEKEEPERS, LLC
NEVADA ALLIANCE OF BOYS & GIRLS CLUBS
NEVADA ASSOCIATION OF HEALTH FACILITIES
PATRICIA ANN THOMPSON
PEMBERTON FINE WINE AND SPIRITS, LLC
PRESTIGE CAPITAL FUND, LLC
PUBLIC HOUSE LAS VEGAS LLC
RAINBOW ANDREANI
RAINBOW HOTEL, LLC
RAY O'DONNELL
RHONDA MUSHKIN
ROBERT HAMRICK
MOLLY HAMRICK
RONALD TASSINARI
AUDREY TASSINARI
SCOTT SIBLEY
Sheila M. Matherly
SRS Holdings
Sterling Senior Communities
Suning Universal Co., Ltd.
T.A.C.T. USA Inc.
Ted Lachowicz
Cheryl I. Lachowicz
Thomas M. McIntosh
Tracy Westen
Linda Lawson
Waterton Global Value, L.P.
Borealis Mining Co. LLC
Weir Foulds, LLP
Whittier Trust Company of Nevada
Yunli Moy, et al,

                          Defendant(s)
_____


I, _____, certify that I am at least 18 years old and not a party to the matter concerning
            (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint
along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made
on _____
            (date)

by:

☐     Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐     Publication: The defendant was served as follows: (Describe briefly)

☐     State Law: The defendant was served pursuant to the laws of the State of _____,
       as follows: (Describe briefly)                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____          Signature:_____

Print Name: _____

Business Address:_____

City: _____ State: _____ Zip: _____