NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

LIONEL SAWYER & COLLINS, LTD. ,
                Debtor(s)

BK−15−10462−mkn
CHAPTER 7

Adversary Proceeding: 16−01121−mkn

YVETTE WEINSTEIN
                Plaintiff(s)

vs

1224 LTD CONSULTING
AMERCO REAL ESTATE COMPANY
AMY JULIEN
AMY LUCIER
ANDREW B. DONNER
ANTHONY LONDON
APEX CLEAN ENERGY, INC.
ARBOR FOUNDATION
ARMANDO RODRIGUEZ
ASTOUND GROUP, INC.
BRUCE WISNER
BRYCE L. TIRRELL
CAPITAL HEALTH GROUP LLC
CASINO SERVICES PUBLISHING, LLC
CEREBRUS HOLDINGS, LLC
CMA CONSULTING
CYNTHIA MATHEUS
DALE HOWARD
DAVID LEONARDI
DELI PLANET, INC.
DESERT RESTAURANT GROUP, LLC
DF, LLC
DOUGLAS R. EISNER
DUSTIN MEFCALF
DWIGHT MEIERHENRY
BARBARA MEIERHENRY
ELIEZER MIZRACHI
ELLIOT A. HARRIS
ANITA B. HARRIS
EVERGREEN INTERNATIONAL AVIATION
FAMILIAN DEVELOPMENT GROUP
FOREVER GREEN NV
I. HEIDI LOEB HEGERICH
FRANK J. CATANZARITE
FRIAS HOLDING COMPANY
G2 GAME DESIGN, LLC
GERALD THORNTON
GERARDO BORREGO
GREENWOOD HALL, INC.
H2O CONSERVATION LTD.
HOWARD L. ABSELET
IPRO, INC.
JA ENERGY
JEAN PHILLIPS
JOHN J. CAHILL

SUMMONS AND
NOTICE OF SCHEDULING
CONFERENCE IN AN ADVERSARY
PROCEEDING

Hearing Date:  March 30, 2017
Hearing Time:  10:00 am

JOHN KILPATRICK
JOHN P. FURLONG
Kimberly L. Furlong
JONATHAN BAKTARI
JOYCE ISSAQ
JULIE SUMMERVILLE
KEXUAN YAO
WILLIAM THOMPSON
LUIS MUNOZ
LUZ MUNOZ
MARK STIFFLER
MICHAEL PRICE
DANIELLE PRICE
MICHAEL B. ECKERMAN
MICHAEL DUNCAN
MICHAEL MOSCA
MICHAEL REISS
MILTON CHRISTENSON
MOMENI & ASSOCIATES, INC.
MOUNTAINSIDE HEALTH CENTER NV, LLC
MOVELINE GROUP, INC.
NANNIES & HOUSEKEEPERS, LLC
NEVADA ALLIANCE OF BOYS & GIRLS CLUBS
NEVADA ASSOCIATION OF HEALTH FACILITIES
PATRICIA ANN THOMPSON
PEMBERTON FINE WINE AND SPIRITS, LLC
PRESTIGE CAPITAL FUND, LLC
PUBLIC HOUSE LAS VEGAS LLC
RAINBOW ANDREANI
RAINBOW HOTEL, LLC
RAY O'DONNELL
RHONDA MUSHKIN
ROBERT HAMRICK
MOLLY HAMRICK
RONALD TASSINARI
AUDREY TASSINARI
SCOTT SIBLEY
Sheila M. Matherly
SRS Holdings
Sterling Senior Communities
Suning Universal Co., Ltd.
T.A.C.T. USA Inc.
Ted Lachowicz
Cheryl I. Lachowicz
Thomas M. McIntosh
Tracy Westen
Linda Lawson
Waterton Global Value, L.P.
Borealis Mining Co. LLC
Weir Foulds, LLP
Whittier Trust Company of Nevada
Yunli Moy

                                                         Defendant(s)

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of the Clerk:

> Clerk, U.S. Bankruptcy Court
> 300 Las Vegas Blvd., South
> Las Vegas, NV 89101

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| JEANETTE E. MCPHERSON<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146<br>(702) 228-7590 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Hearing Date: | March 30, 2017 |
| Hearing Time: | 10:00 am |
| Hearing Location: | MKN-Courtroom 2, Foley Federal Bldg<br>300 Las Vegas Blvd South,<br>Las Vegas, NV 89101 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: November 18, 2016

Mary A. Schott
Clerk of Court

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

LIONEL SAWYER & COLLINS, LTD.,
　　　　　　　　　　　Debtor(s)

BK-15-10462-mkn
CHAPTER 7

Adversary Proceeding: 16-01121-mkn

YVETTE WEINSTEIN, et al,
　　　　　　　　　　　Plaintiff(s)

vs

1224 LTD CONSULTING
AMERCO REAL ESTATE COMPANY
AMY JULIEN
AMY LUCIER
ANDREW B. DONNER
ANTHONY LONDON
APEX CLEAN ENERGY, INC.
ARBOR FOUNDATION
ARMANDO RODRIGUEZ
ASTOUND GROUP, INC.
BRUCE WISNER
BRYCE L. TIRRELL
CAPITAL HEALTH GROUP LLC
CASINO SERVICES PUBLISHING, LLC
CEREBRUS HOLDINGS, LLC
CMA CONSULTING
CYNTHIA MATHEUS
DALE HOWARD
DAVID LEONARDI
DELI PLANET, INC.
DESERT RESTAURANT GROUP, LLC
DF, LLC
DOUGLAS R. EISNER
DUSTIN MEFCALF
DWIGHT MEIERHENRY
BARBARA MEIERHENRY
ELIEZER MIZRACHI
ELLIOT A. HARRIS
ANITA B. HARRIS
EVERGREEN INTERNATIONAL AVIATION
FAMILIAN DEVELOPMENT GROUP
FOREVER GREEN NV
I. HEIDI LOEB HEGERICH
FRANK J. CATANZARITE
FRIAS HOLDING COMPANY
G2 GAME DESIGN, LLC
GERALD THORNTON
GERARDO BORREGO
GREENWOOD HALL, INC.
H2O CONSERVATION LTD.
HOWARD L. ABSELET
IPRO, INC.
JA ENERGY
JEAN PHILLIPS
JOHN J. CAHILL
JOHN KILPATRICK

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  March 30, 2017
Hearing Time:  10:00 am

JOHN P. FURLONG
Kimberly L. Furlong
JONATHAN BAKTARI
JOYCE ISSAQ
JULIE SUMMERVILLE
KEXUAN YAO
WILLIAM THOMPSON
LUIS MUNOZ
LUZ MUNOZ
MARK STIFFLER
MICHAEL PRICE
DANIELLE PRICE
MICHAEL B. ECKERMAN
MICHAEL DUNCAN
MICHAEL MOSCA
MICHAEL REISS
MILTON CHRISTENSON
MOMENI & ASSOCIATES, INC.
MOUNTAINSIDE HEALTH CENTER NV, LLC
MOVELINE GROUP, INC.
NANNIES & HOUSEKEEPERS, LLC
NEVADA ALLIANCE OF BOYS & GIRLS CLUBS
NEVADA ASSOCIATION OF HEALTH FACILITIES
PATRICIA ANN THOMPSON
PEMBERTON FINE WINE AND SPIRITS, LLC
PRESTIGE CAPITAL FUND, LLC
PUBLIC HOUSE LAS VEGAS LLC
RAINBOW ANDREANI
RAINBOW HOTEL, LLC
RAY O'DONNELL
RHONDA MUSHKIN
ROBERT HAMRICK
MOLLY HAMRICK
RONALD TASSINARI
AUDREY TASSINARI
SCOTT SIBLEY
Sheila M. Matherly
SRS Holdings
Sterling Senior Communities
Suning Universal Co., Ltd.
T.A.C.T. USA Inc.
Ted Lachowicz
Cheryl I. Lachowicz
Thomas M. McIntosh
Tracy Westen
Linda Lawson
Waterton Global Value, L.P.
Borealis Mining Co. LLC
Weir Foulds, LLP
Whittier Trust Company of Nevada
Yunli Moy, et al,

        Defendant(s)

I, __Christina M. Klein__, certify that I am at least 18 years old and not a party to the matter concerning
    (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __11/18/2016__
  (date)

by:

☒   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    SEE ATTACHED MATRIX

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: (Describe briefly)

☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)         (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____        Signature: _____

| | |
|---|---|
| Print Name: Christina M. Klein | |
| Business Address: Schwartzer & McPherson Law Firm | |
| City: Las Vegas    State: NV    Zip: 89146 | |

| | | |
|---|---|---|
| **1224 LTD Consulting** | 1224 LTD Consulting<br>Attn: Erica Sandoval<br>8000 Vantage Dr.<br>San Antonio, TX 78230 | |
| **AMERCO REAL ESTATE COMPANY** | Amerco Real Estate Company<br>c/o U-Haul International, Inc.<br>Attn: Jennifer Settles<br>2727 No. Central Ave.<br>Phoenix, AZ 85004 | Jason A. Berg<br>2727 N. Central Avenue<br>Phoenix, AZ 85004 |
| John M. Dodds<br>2727 N. Central Avenue<br>Phoenix, AZ 85004 | Richard J. Herrera<br>2727 N. Central Avenue<br>Phoenix, AZ 85004 | Gary B. Horton<br>5555 Kietzke Lane, Suite 100<br>Reno, NV 89511 |
| Daniel R. Mullen<br>2727 N. Central Avenue<br>Phoenix, AZ 85004 | Jennifer M. Settles<br>2721 N. Central Avenue<br>Phoenix, AZ 85004 | Edward J. Shoen<br>2727 N. Central Avenue<br>Phoenix, AZ 85004 |
| Samuel J. Shoen<br>2727 N. Central Avenue<br>Phoenix, AZ 85004 | Carlos Vizcarra<br>2727 N. Central Avenue<br>Phoenix, AZ 85004 | |
| **AMY JULIEN** | Amy Julien<br>386 Rancho La Costa St.<br>Las Vegas, NV 89138 | |
| **AMY LUCIER** | Amy Lucier<br>9109 Valley of Fire Ave.<br>Las Vegas, NV 89129 | |
| **ANDREW B. DONNER** | Andrew B. Donner<br>300 Las Vegas Blvd. North, Suite 110<br>Las Vegas, NV 89101 | Andrew B. Donner<br>P.O. Box 1570<br>Las Vegas, NV 89125 |
| **ANTHONY LONDON** | Anthony London<br>11860 Southern Highlands Pkwy, Ste. 100<br>Las Vegas, NV 89141 | |
| **APEX CLEAN ENERGY, INC.** | Apex Clean Energy, Inc.<br>Attn: Liz Weir<br>310 4th Street NE, Suite 200<br>Charlottesville, VA 22902 | NATIONAL CORPORATE RESEARCH, LTD.<br>250 BROWNS HILL COURT<br>MIDLOTHIAN VA 23114 |

| | | |
|---|---|---|
| **ARBOR FOUNDATION** | Arbor Foundation<br>Attn: Adam D. Maier<br>c/o Stinson Leonard St., LLP<br>P.O. Box 459<br>San Carlos, CA 94070 | D. James Guzy<br>223 South Meadow<br>Glenbrook, NV 89413 |
| James Guzy<br>P.O. Box 459<br>San Carlos, CA 94070 | Marcia Guzy<br>P.O. Box 459<br>San Carlos, CA 94070 | |
| **ARMANDO RODRIGUEZ** | Armando Rodriguez<br>5405 Bat Masterson Cr.<br>Las Vegas, NV 89130 | Howard & Howard Attorneys PLLC.<br>ATTN: Rob Hernquist<br>3800 Howard Hughes Pkwy #1000,<br>Las Vegas, NV 89169 |
| **ASTOUND GROUP, INC.** | ASTOUND Group, Inc.<br>Attn: Mike Hefferman, VP Operations<br>1215A N. Service Road West<br>Oakville, ON L6M 2W2 Canada | Attn: Kevin Morgan<br>28 Atlantic Ave.<br>Toronto ON M6K 1X8 Canada |
| **BRUCE WISNER** | Bruce Wisner<br>724 N. West St.<br>Wheaton, IL 60187 USA | |
| **BRYCE L. TIRRELL** | Bryce L. Tirrell<br>P.O. Box 278446<br>Sacramento, CA 95827 | |
| **CAPITAL HEALTH GROUP LLC** | Capital Health Group LLC<br>Kenneth R. Assiran<br>1422 Clarkview Rd.<br>Baltimore, MD 21209 | |
| **CASINO SERVICES PUBLISHING, LLC** | Casino Services Publishing, LLC<br>c/o Office Manager<br>112 N. University Drive, #300<br>Fargo, ND 58102 | CASINO SERVICES PUBLISHING, LLC.<br>VOGEL LAW FIRM, LTD.<br>218 NP AVE<br>PO BOX 1389<br>FARGO, ND 58107-1389 |
| **CEREBRUS HOLDINGS, LLC** | Cerberus Holdings, LLC<br>Attn: Rob Fitzgerald<br>PO Box 8070<br>Reno, NV 89507 | |
| **CMA CONSULTING** | **OMAR HINDIYEH<br>289 RICKENBACKER CIR<br>Livermore, CA 94550-7616** | |

**CYNTHIA MATHEUS**

Cynthia Matheus
1111 E. Fifth St., Apt 14
Carson City, NV 89701-5007

**DALE HOWARD**

Dale Howard
3875 S. Jones Blvd., #101
Las Vegas, NV 89103

**DAVID LEONARDI**

David Leonardi
PO Box 1045
Indian Hills, CO 80454

David Leonardi
10000 W. Charleston Blvd., Ste 280
Las Vegas, NV 89135

**DELI PLANET**

Deli Planet, Inc.
c/o DeliWorx Holdings, LLC
155A Hwy 72 E
COLLIERVILLE, TN 38655

Attn: James Meadows
7305 Arroyo Crossing Parkway Suite 100
LV NV 89113

Attn: Lizeth Mejorado
4010 W. Ali Baba Ln., Ste. B
LV NV 89118

Michael T. Flynn
355 Kelly Plantation Drive
Destin, FL 32541

James Meadows
9999 West Katie Avenue, Suite 1033
Las Vegas, NV 89118

Daniel T. Robinson
1661 International Place Drive, Suite 300
Memphis, TN 38120

**DESERT RESTAURANT GROUP, LLC**

Desert Restaurant Group, LLC
Attn: Jon Ferraro
11400 W. Silver Spring Rd
Milwaukee, WI 53225

Jon J. Ferraro
2360 Corporate Circle, Suite 400
Henderson, NV 89074-7722

Michael J. Rose
2360 Corporate Circle, Suite 400
Henderson, NV 89074-7722

**DF, LLC**

DF, LLC
Fred Mossler
150 Las Vegas Blvd. North, #2311
Las Vegas, NV 89101

Dave L. Fletcher
3 Celia Court
Pacifica, CA 94044

DTP Small Business, LLC
3450 W. Sahara Avenue EG # 351
Las Vegas, NV 89102-5833

Honus Holdings, LLC
150 Las Vegas Blvd, North, Unit 2311
Las Vegas, NV 89101

| | | |
|---|---|---|
| **DOUGLAS R. EISNER** | Douglas R. Eisner<br>241 W. Charleston Blvd., Ste. 140<br>Las Vegas, NV 89102 | |
| **DUSTIN METCALF** | Dustin Metcalf<br>22 Candlewyck Drive<br>Henderson, NV 89052 | |
| **DWIGHT AND BARBARA MEIERHENRY** | Dwight & Barbara Meierhenry<br>1544 Santa Anita Dr.<br>Las Vegas, NV 89119 | c/o Ron Carey<br>4701 Ashwood Drive<br>Saginaw MI 48603 |
| Dwight Meierhenry<br>738 E. Sahara<br>Las Vegas, NV 89102 | Maureen I O'Bannon<br>3540 W. Sahara Ave. 632<br>LV NV 89102 | RA<br>Mike C Verville<br>8930 Spanish Ridge Ave<br>LV NV 89148 |
| Eliezer Mizrachi | Eliezer Mizrachi<br>2425 Ping Drive<br>Henderson, NV 89074 | |
| **ELLIOT AND ANITA B. HARRIS** | Elliot A. and Anita B. Harris<br>c/o Rick Harris<br>14629 Quail Grove Circle<br>Oregon City, OR 97045 | |
| **EVERGREEN INTERNATIONAL AVIATION** | Evergreen International Aviation<br>Attn: Legal Department<br>140 Bradford Dr., Ste. A<br>West Berlin, NJ 08091-9216 | |
| **FAMILIAN DEVELOPMENT GROUP** | Familian Development Group<br>Mr. Bruce I. Familian<br>5520 Stephanie St.<br>Las Vegas, NV 89122 USA | |
| **FOREVER GREEN, NV** | Forever Green NV<br>5380 Bellazza Ct.<br>RENO, NV 89519 | Don L. Ross<br>6100 Neil Road. Sute 500<br>Reno, NV 89511 |
| **Don L. Ross**<br>**PO Box 2311**<br>**Reno, NV 89511** | Mike Alvarez<br>c/o Woodburn and Wedge<br>P.O. Box 2311<br>Reno, NV 89511 | I. Heidi Loeb Hegerich<br>c/o Woodburn and Wedge<br>P.O. Box 2311<br>Reno, NV 89511 |

| | | |
|---|---|---|
| **FRANK J. CATANZARITE** | Frank J. Catanzarite<br>1433 Hawkwood Road<br>Henderson, NV 89014 | |
| **FRIAS HOLDING COMPANY** | Frias Holding Company<br>c/o Bonet Allosada<br>5010 S. Valley View Blvd.<br>Las Vegas, NV 89118 | Frias Holding Company<br>Attn: Phyllis Frias<br>5010 S. Valley View Blvd<br>Las Vegas, NV 89118 |
| **G2 GAME DESIGN, LLC** | G2 Game Design, LLC<br>Attn: Richard Lassiter<br>4315 W. Oquendo Rd.<br>Las Vegas, NV 89118 | Nevada LLC Solutions, LLC<br>2445 Fire Mesa Street Suite 100<br>Las Vegas, NV 89128 |
| <u>Edward J. Cebulko</u><br><u>4311 W. Oquendo Rd.</u><br><u>Las Vegas, NV 89118</u> | Gregg R. Giuffria<br>4311 W. Oquendo Rd.<br>Las Vegas, NV 89118 | Richard R. Lassiter<br>4311 W. Oquendo Rd.<br>Las Vegas, NV 89118 |
| **GERALD THORNTON** | Gerald Thornton<br>5359 Sorrel Street<br>Las Vegas, NV 89118 | |
| **GERARDO BORREGO** | Gerardo Borrego, Executor<br>Estate of Claire Reis Benezra<br>439 S. Catalina Ave.<br>Condo 206<br>Pasadena, CA 91106 | |
| **GREENWOOD HALL, INC.** | Greenwood Hall, Inc.<br>Attn: John Hall<br>1936 E. Deere Ave., Ste. 120<br>Santa Ana, CA 92705 | |
| **H2O CONVERSATION LTD** | H2O Conservation Ltd.<br>Attn: Mr. J. Scott Montana<br>935 Benecia Ave.<br>Sunnyvale, CA 94085 | |
| **HOWARD L. ABSELET** | Howard L. Abselet<br>Attn: Diane Conniff, Esq.<br>32 Gramercy Park S., Ste. 15A<br>New York, NY 10003 | |
| **iPRO, INC.** | iPro, Inc.<br>ATTN: Robert Melendres & Shankar Narayanan<br>930 Tahoe Boulevard   Suite 802-591<br>Incline Village, NV 89451 | American Corporate Register, Inc.<br>711 S. Carson Street, Suite 6<br>Carson City, NV 89701 |

| | | |
|---|---|---|
| **Robert Melendres**<br>**930 Tahoe Blvd., Suite 802-591**<br>**Incline Village, Nevada 89451** | Shankar Narayanan<br>930 Tahoe Blvd., Suite 802-591<br>Incline Village, Nevada 89451 | |
| **JA ENERGY** | JA Energy<br>Attn: James Lusk<br>7495 W. Azure Dr., Ste. 110<br>Las Vegas, NV  89130 | Barry Hall<br>8250 W. Charleston Blvd. Suite 100<br>Las Vegas, NV 89117 |
| **Frank Arnone**<br>**8250 W. Charleston Blvd. Suite 100**<br>**Las Vegas, NV 89117** | | |
| **JEAN PHILLIPS** | Jean Phillips<br>P.O. Box 51<br>Bronx, NY  10472 | |
| **JOHN J. CAHILL, PUBLIC ADMINISTRATOR** | Attn:  Noraine Pagdanganan<br>515 Shadow Ln<br>Las Vegas, NV  89106 | |
| **JOHN KILPATRICK** | John Kilpatrick<br>4791 Matsonia Dr.<br>Honolulu, HI  96816 | |
| **JOHN P. AND KIMBERLY L. FURLONG** | John P. and Kimberly L. Furlong<br>1749 Clear River Falls Ln.<br>Henderson, NV  89012 | |
| **JONATHAN BAKTARI** | Jonathan Baktari<br>338 Wiseton Ave.<br>Las Vegas, NV  89183 | |
| **JOYCE ISSAQ** | Joyce Issaq<br>2768 E. Casey Dr.<br>Las Vegas, NV  89120 | |
| **JULIE SUMMERVILLE** | Julie Summerville<br>PO Box 303<br>Genoa, NV  89411 | Julie Summerville<br>241 Job's Canyon Ct.<br>Gardnerville, NV  89460 |

| | | |
|---|---|---|
| **KEXUAN YAO AND WILLIAM THOMPSON** | Kexuan Yao and William Thompson<br>Attn: Mark Hunter, Esq.<br>255 University Dr.<br>Coral Gables, FL 33134 | |
| **LUIS AND LUZ MUNOZ** | Luis & Luz Munoz<br>PERSONAL & CONFIDENTIAL<br>2747 Paradise Rd., Unit 1402<br>Las Vegas, NV 89109 | |
| **MARK STIFFLER** | Mark Stiffler<br>2501 Seaport Dr., SH 100<br>Chester, PA 19013 USA | |
| **MICHAEL AND DANIELLE PRICE** | Michael and Danielle Price<br>P.O. Box 2216<br>Sausalito, CA 94966 | |
| **MICHAEL B. ECKERMAN** | Michael B. Eckerman<br>1027 S. Rainbow Blvd., #126<br>Las Vegas, NV 89145 | |
| **MICHAEL DUNCAN** | Michael Duncan<br>6336 N. Oracle Rd., Ste. 326-328<br>Tucson, AZ 85704 | |
| **MICHAEL MOSCA** | Michael Mosca<br>8339 Cabin Peak St.<br>Las Vegas, NV 89123 | |
| **MICHAEL REISS** | Michael Reiss<br>c/o Reiss Properties<br>2510 W. Horizon Ridge Pkwy., Ste. 230<br>Henderson, NV 89052 | |
| **MILTON CHRISTENSEN** | Milton Christensen<br>c/o Leslie Westreich<br>250 Greenpoint Ave., Ste. 400<br>Brooklyn, NY 11222 | Kelzyme Research & Development Center LLC<br>Attn: Milton Christensen<br>c/o The Tryad Group<br>250 Greenpoint Ave., Ste. 400 |
| **MOMENI & ASSOCIATES, INC.** | Momeni & Associates, Inc.<br>Moe H. Momeni, President, CEO<br>3110 S. Durango Dr., Ste. 205<br>Las Vegas, NV 89117 | |

**MOUNTAINSIDE HEALTH CENTER NV, LLV**

Mountainside Health Center NV, LLC
Attn: Howard Schwartz
3523 N. Pecos Rd., Ste. 100
North Las Vegas, NV 89115

Jay Brown LTD
520 S. Fourth Street
Las Vegas, NV 89101

Auto Drop Holdings
2275 East Sunset Road
Las Vegas, NV 89119

Armando Baylon
532 Paseo Rosal
Chula Vista, CA 91910

Andrew M. Gennuso
360 E. Desert Inn Rd. #403
Las Vegas, NV 89109

Howard M. Schwartz
3569 Ladera Avenue
Las Vegas, NV 89120

Michael Vu
5961 Sage Drive
San Jose, CA 95123

Cody K. Whipple
10601 Amblewood Avenue
Las Vegas, NV 89144

Daniel V. Willens
3427 Newridge Drive
Rancho Palos Verdes, CA 90275

**MOVELINE GROUP, INC.**

Moveline Group, Inc.
Attn: Alice Edwards
400 S. Fourth St., Ste. 450
Las Vegas, NV 89101-6205

CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

David Catalano
400 S. Fourth St., Ste. 450
Las Vegas, NV 89101-6205

Frederick Cook
400 S. Fourth St., Ste. 450
Las Vegas, NV 89101-6205

Kelly Eidson
400 S. Fourth St., Ste. 450
Las Vegas, NV 89101-6205

John Frankel
400 S. Fourth St., Ste. 450
Las Vegas, NV 89101-6205

**NANNIES & HOUSEKEEPERS, LLC**

Nannies & Housekeepers, LLC
Attn: Lexy Lionel
3585 E. Flamingo Rd., Ste. 204
Las Vegas, NV 89121

Nannies & Housekeepers, LLC
c/o Fennemore Craig, P.C.
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101

**NEVADA ALLIANCE OF BOYS & GIRLS CLUBS**

Nevada Alliance of Boys & Girls Clubs
Attn: Jack Benter, CPA
2850 Lindell Rd.
Las Vegas, NV 89146

Steve Smith
c/o Boys & Girls Club of Truckee Mdws
2680 E. Ninth Street
Reno, NV 89512

Justin Aguilar
P.O. Box 1378
Yerington, NV 89447

Noelle Hardt
1120 Huffman Rd., Suite 24 Box 538
Anchorage, AK 99515

Marc Markwell
2680 E. Ninth Street
Reno, NV 89512

Brenda Robertson
3451 Mount Blanc Court
Carson City, NV 89705

**NEVADA ASSOCIATION OF HEALTH FACILITIES**

Nevada Association of Health Facilities
Attn: Daniel Mathis, CEO
35 E. Horizon Ridge Pkwy, Ste 110-137
Henderson, NV 89002

Charles Perry
4550 W. Oakey Blvd. Suite 99-B
Las Vegas, NV 89102-1559

Denise Selleck
1489 Warm Springs Rd. #110
Henderson, NV 89014

Rocky Tanner
1489 Warm Springs Rd. #110
Henderson, NV 89014

Sheila Weeks
1489 Warm Springs Rd. #110
Henderson, NV 89014

**PATRICIA ANN THOMPSON**

Patricia Ann Thompson
7142 Shadow Crest Dr.
Las Vegas, NV 89119

**PEMBERTON FINE WINE AND SPIRITS, LLC**

Pemberton Fine Wine & Spirits, LLC
Attn: Jennifer Tarter, CPA
10247 Wispy Willow Way
Las Vegas, NV 89135 USA

Registered Agent Solutions, Inc.
4625 West Nevso Dr., Suite 2
Las Vegas, NV 89103

Scott Harris
900 Heavenly Hills Ct. #116
Las Vegas, NV 89145

**PRESTIGE CAPITAL FUND, LLC**

Prestige Capital Fund, LLC
Attn: Raymond Policar, Esq.
P.O. Box 74093
Davis, CA 95617-5093

Gwinn Construction Inc.
PO Box 12187
Zephyr Cove, NV 89448

David Salmassy
PO Box 12187
Zephyr Cove, NV 89448

**PUBLIC HOUSE LAS VEGAS, LLC**

Public House Las Vegas LLC
Attn: Brian C. Harrington
100 E. Hector St., Ste. 225
Conshohocken, PA 19428

Public House Las Vegas
3900 S. Las Vegas Blvd.
Las Vegas, NV 89119

Public House Las Vegas
1819 John F. Kennedy Blvd. Ste. 480
Philadelphia, PA 19103

Gary Cardi
1100 E. Hector St., Ste. 225
Conshohocken, PA 19428

| | | |
|---|---|---|
| **RAINBOW ANDREANI** | Rainbow Andreani<br>4980 Mountain Creek Dr.<br>Las Vegas, NV  89148 | |
| **RAINBOW HOTEL** | Rainbow Hotel LLC<br>Attn:  Leonard and Susan Mardian<br>4132 S. Rainbow Blvd., Ste. 324<br>Las Vegas, NV  89103 | Castle Arch, LLC<br>6069 Fort Apache Rd. Suite 100<br>Las Vegas, NV 89148 |
| **RAY O'DONNELL** | Ray O'Donnell<br>3664 Dorrington Dr.<br>Las Vegas, NV  89129 | |
| **RHONDA MUSHKIN** | Rhonda Mushkin<br>4475 S. Pecos<br>Las Vegas, NV  89121 | |
| **ROBERT AND MOLLY HAMRICK** | Robert and Molly Hamrick<br>8290 W. Sahara Ave., Ste. 200<br>Las Vegas, NV  89117 | |
| **RONALD AND AUDREY TASSINARI** | Ronald Tassinari<br>P O Box 81890<br>Las Vegas, NV  89180 | |
| **SCOTT SIBLEY** | Scott Sibley<br>PERSONAL & CONFIDENTIAL<br>c/o Nevada Legal News<br>930 S. 4th St., Ste 100<br>Las Vegas, NV  89101 | |
| **SHEILA M. MATHERLY** | Sheila M. Matherly<br>953 Puerta Del Sol Dr.<br>Las Vegas, NV  89138 | |
| **SRS HOLDINGS** | SRS Holdings LLC<br>2904 W. Horizon Ridge Pkwy #120<br>Henderson, NV  89052 | John E. Dawson, Esq.<br>8363 W. Sunset Rd. Ste. 200<br>Las Vegas, NV  89113 |

Steven J. Suseoff
8363 W. Sunset Rd. Ste. 200
Las Vegas, NV 89113

| | | |
|---|---|---|
| **STERLING SENIOR COMMUNITIES** | Sterling Senior Communities<br>1101 Fifth Ave, Suite 300<br>San Rafael, CA 94901 | |
| **SUNING UNIVERSAL CO., LTD.** | Suning Universal Co<br>Attn: Qiyu Zue, Senior Manager<br>11/F, Block 1, No. 89, Queensway Road<br>Admiralty   Hong Kong | |
| **T.A.C.T. USA INC.** | T.A.C.T. USA Inc.<br>Douglas Peterson, Corporate Counsel<br>Fulcrom Environmental Solutions<br>10819 - 184 Street<br>Edmonton, AB  T5S 2T2  Canada | |
| **TED AND CHERYL I. LACHOWICZ** | Ted and Cheryl Lachowicz<br>38 Grand Corniche Drive<br>Henderson, NV  89011  USA | |
| **THOMAS M. MCINTOSH, ATTORNEY AT LAW** | Thomas M. McIntosh, Attorney at Law<br>1516 North Broadway<br>Santa Ana, CA  92706 | |
| **TRACY WESTEN AND LINDA LAWSON** | Westen Family Group, LLC<br>c/o Tracy Westen and Linda Lawson<br>5239 Edmonson Ave.<br>Dallas, TX  75209  USA | Tracy Westen and Linda Lawson<br>1800 Jelinda Dr<br>Santa Barbara CA  93108 |
| **WATERTON GLOBAL VALUE, L.P. & BOREALIS** | Waterton Global Value, L.P. & Borealis Mining Co LLC<br>Attn: Kamal Toor & Richard Wells<br>199 Bay St., Ste. 5050<br>Toronto, ON  M5L 1E2  CANADA | |
| **WHITTIER TRUST COMPANY OF NEVADA** | Whittier Trust Company of Nevada<br>100 W. Liberty St., Ste. 890<br>Reno, NV  89501 | William E. Ramsay<br>100 W. Liberty St., Ste. 890<br>Reno, NV  89501 |
| Steven A. Anderson<br>1042 Forest Knoll Drive<br>Oak Park, CA 91377 | Michael J. Casey<br>1589 Chelsea Road<br>San Marino, CA 91180 | William E. Ramsay<br>920 Schellbourne Street<br>Reno, NV 89511 |

Carie A. Wickers
1117 Rosewalk Way
Pasadena, CA 91103

**YUNIL MOY**

Yunli Moy
10563 Bambola Pl.
Las Vegas, NV  89135