NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

LIONEL SAWYER & COLLINS, LTD.,
                  Debtor(s)

BK-15-10462-mkn
CHAPTER 7

Adversary Proceeding: 16-01121-mkn

YVETTE WEINSTEIN, et al,
                  Plaintiff(s)

vs

1224 LTD CONSULTING
AMERCO REAL ESTATE COMPANY
AMY JULIEN
AMY LUCIER
ANDREW B. DONNER
ANTHONY LONDON
APEX CLEAN ENERGY, INC.
ARBOR FOUNDATION
ARMANDO RODRIGUEZ
ASTOUND GROUP, INC.
BRUCE WISNER
BRYCE L. TIRRELL
CAPITAL HEALTH GROUP LLC
CASINO SERVICES PUBLISHING, LLC
CEREBRUS HOLDINGS, LLC
CMA CONSULTING
CYNTHIA MATHEUS
DALE HOWARD
DAVID LEONARDI
DELI PLANET, INC.
DESERT RESTAURANT GROUP, LLC
DF, LLC
DOUGLAS R. EISNER
DUSTIN MEFCALF
DWIGHT MEIERHENRY
BARBARA MEIERHENRY
ELIEZER MIZRACHI
ELLIOT A. HARRIS
ANITA B. HARRIS
EVERGREEN INTERNATIONAL AVIATION
FAMILIAN DEVELOPMENT GROUP
FOREVER GREEN NV
I. HEIDI LOEB HEGERICH
FRANK J. CATANZARITE
FRIAS HOLDING COMPANY
G2 GAME DESIGN, LLC
GERALD THORNTON
GERARDO BORREGO
GREENWOOD HALL, INC.
H2O CONSERVATION LTD.
HOWARD L. ABSELET
IPRO, INC.
JA ENERGY
JEAN PHILLIPS
JOHN J. CAHILL
JOHN KILPATRICK

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  March 30, 2017
Hearing Time:  10:00 am

JOHN P. FURLONG
Kimberly L. Furlong
JONATHAN BAKTARI
JOYCE ISSAQ
JULIE SUMMERVILLE
KEXUAN YAO
WILLIAM THOMPSON
LUIS MUNOZ
LUZ MUNOZ
MARK STIFFLER
MICHAEL PRICE
DANIELLE PRICE
MICHAEL B. ECKERMAN
MICHAEL DUNCAN
MICHAEL MOSCA
MICHAEL REISS
MILTON CHRISTENSON
MOMENI & ASSOCIATES, INC.
MOUNTAINSIDE HEALTH CENTER NV, LLC
MOVELINE GROUP, INC.
NANNIES & HOUSEKEEPERS, LLC
NEVADA ALLIANCE OF BOYS & GIRLS CLUBS
NEVADA ASSOCIATION OF HEALTH FACILITIES
PATRICIA ANN THOMPSON
PEMBERTON FINE WINE AND SPIRITS, LLC
PRESTIGE CAPITAL FUND, LLC
PUBLIC HOUSE LAS VEGAS LLC
RAINBOW ANDREANI
RAINBOW HOTEL, LLC
RAY O'DONNELL
RHONDA MUSHKIN
ROBERT HAMRICK
MOLLY HAMRICK
RONALD TASSINARI
AUDREY TASSINARI
SCOTT SIBLEY
Sheila M. Matherly
SRS Holdings
Sterling Senior Communities
Suning Universal Co., Ltd.
T.A.C.T. USA Inc.
Ted Lachowicz
Cheryl I. Lachowicz
Thomas M. McIntosh
Tracy Westen
Linda Lawson
Waterton Global Value, L.P.
Borealis Mining Co. LLC
Weir Foulds, LLP
Whittier Trust Company of Nevada
Yunli Moy, et al,

                          Defendant(s)

---

I, __Christina M. Klein__, certify that I am at least 18 years old and not a party to the matter concerning
         (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __November 25, 2016__
       (date)

by:

|   |   |
|---|---|
| ☒ | Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:<br>   See Attached Matrix |
| ☐ | Personal Service: By leaving the process with defendant or with an officer or agent of defendant at: |
| ☐ | Residence Service: By leaving the process with the following adult at: |
| ☐ | Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: |
| ☐ | Publication: The defendant was served as follows: (Describe briefly) |
| ☐ | State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: (Describe briefly) |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 11/28/16                         Signature: Christina M. Klein

Print Name: Christina M. Klein
Business Address: Schwartzer & McPherson Law Firm
City: Las Vegas    State: NV    Zip: 89146

**1224 LTD Consulting**

1224 LTD Consulting
Attn: Erica Sandoval
8000 Vantage Dr.
San Antonio, TX 78230

**AMERCO REAL ESTATE COMPANY**

Amerco Real Estate Company
c/o U-Haul International, Inc.
Attn: Jennifer Settles
2727 No. Central Ave.
Phoenix, AZ 85004

Jason A. Berg, Director
2727 N. Central Avenue
Phoenix, AZ 85004

John M. Dodds, Director
2727 N. Central Avenue
Phoenix, AZ 85004

Richard J. Herrera, Director
2727 N. Central Avenue
Phoenix, AZ 85004

Gary B. Horton, Treasurer
5555 Kietzke Lane, Suite 100
Reno, NV 89511

Daniel R. Mullen, Director
2727 N. Central Avenue
Phoenix, AZ 85004

Jennifer M. Settles, Secretary
2721 N. Central Avenue
Phoenix, AZ 85004

Edward J. Shoen, Director
2727 N. Central Avenue
Phoenix, AZ 85004

Samuel J. Shoen, Director
2727 N. Central Avenue
Phoenix, AZ 85004

Carlos Vizcarra, President
2727 N. Central Avenue
Phoenix, AZ 85004

Amerco Real Estate Company
c/o The Corporation Trust of Nevada
Registered Agent
701 S. Carson Street, Suite 200
Carson City, NV 89701

**AMY JULIEN**

Amy Julien
386 Rancho La Costa St.
Las Vegas, NV 89138

**AMY LUCIER**

Amy Lucier
9109 Valley of Fire Ave.
Las Vegas, NV 89129

**ANDREW B. DONNER**

Andrew B. Donner
300 Las Vegas Blvd. North, Suite 110
Las Vegas, NV 89101

Andrew B. Donner
P.O. Box 1570
Las Vegas, NV 89125

Andrew B. Donner
450 Fremont Street, Suite 310
Las Vegas, NV 89110

**ANTHONY LONDON**

Anthony London
11860 Southern Highlands Pkwy, Ste. 100
Las Vegas, NV 89141

| | | |
|---|---|---|
| **APEX CLEAN ENERGY, INC.** | Apex Clean Energy, Inc.<br>Attn: Liz Weir<br>310 4th Street NE, Suite 200<br>Charlottesville, VA 22902 | Apex Clean Energy, Inc.<br>c/o National Corporate Research, Ltd.<br>Registered Agent<br>250 Browns Hill Court<br>Midlothian, VA 23114 |
| **ARBOR FOUNDATION** | Arbor Foundation<br>Attn: Adam D. Maier<br>c/o Stinson Leonard St., LLP<br>P.O. Box 459<br>San Carlos, CA 94070 | D. James Guzy, President<br>223 South Meadow<br>Glenbrook, NV 89413 |
| James Guzy, Treasurer<br>P.O. Box 459<br>San Carlos, CA 94070 | Marcia Guzy, Secretary<br>P.O. Box 459<br>San Carlos, CA 94070 | |
| **ARMANDO RODRIGUEZ** | Armando Rodriguez<br>5405 Bat Masterson Cr.<br>Las Vegas, NV 89130 | Howard & Howard Attorneys PLLC.<br>ATTN: Rob Hernquist<br>3800 Howard Hughes Pkwy #1000,<br>Las Vegas, NV 89169<br>*COURTESY COPY* |
| **ASTOUND GROUP, INC.** | ASTOUND Group, Inc.<br>Attn: Mike Hefferman, VP Operations<br>1215A N. Service Road West<br>Oakville, ON L6M 2W2 Canada | Kevin Morgan<br>28 Atlantic Ave.<br>Toronto ON M6K 1X8 Canada |
| **BRUCE WISNER** | Bruce Wisner<br>724 N. West St.<br>Wheaton, IL 60187 USA | |
| **BRYCE L. TIRRELL** | Bryce L. Tirrell<br>P.O. Box 278446<br>Sacramento, CA 95827 | |
| **CAPITAL HEALTH GROUP LLC** | Capital Health Group LLC<br>Kenneth R. Assiran<br>1422 Clarkview Rd.<br>Baltimore, MD 21209 | |
| **CASINO SERVICES PUBLISHING, LLC** | Casino Services Publishing, LLC<br>c/o Office Manager<br>112 N. University Drive, #300<br>Fargo, ND 58102 | CASINO SERVICES PUBLISHING, LLC.<br>c/o VOGEL LAW FIRM, LTD.<br>218 NP AVE<br>PO BOX 1389<br>FARGO, ND 58107-1389<br>*COURTESY COPY* |
| **CERBERUS HOLDINGS, LLC** | Cerberus Holdings, LLC<br>Attn: Rob Fitzgerald<br>PO Box 8070<br>Reno, NV 89507 | |

| | | |
|---|---|---|
| **CMA CONSULTING** | OMAR HINDIYEH<br>289 RICKENBACKER CIR<br>Livermore, CA 94550-7616 | |
| **CYNTHIA MATHEUS** | Cynthia Matheus<br>1111 E. Fifth St., Apt 14<br>Carson City, NV 89701-5007 | |
| **DALE HOWARD** | Dale Howard<br>3875 S. Jones Blvd., #101<br>Las Vegas, NV 89103 | |
| **DAVID LEONARDI** | David Leonardi<br>PO Box 1045<br>Indian Hills, CO 80454 | David Leonardi<br>10000 W. Charleston Blvd., Ste 280<br>Las Vegas, NV 89135 |
| **DELI PLANET** | Deli Planet, Inc.<br>c/o DeliWorx Holdings, LLC<br>155A Hwy 72 E<br>COLLIERVILLE, TN 38655 | James Meadows, Director<br>7305 Arroyo Crossing Parkway Suite 100<br>Las Vegas, NV 89113 |
| Lizeth Mejorado<br>4010 W. Ali Baba Ln., Ste. B<br>Las Vegas, NV 89118 | Michael T. Flynn, President<br>355 Kelly Plantation Drive<br>Destin, FL 32541 | James Meadows, Director<br>9999 West Katie Avenue, Suite 1033<br>Las Vegas, NV 89118 |
| Daniel T. Robinson, Secretary<br>1661 International Place Drive, Suite 300<br>Memphis, TN 38120 | Deli Planet, Inc.<br>c/o CSC Services of Nevada<br>Registered Agent<br>2215-B Renaissance Drive<br>Las Vegas, NV 89119 | |
| **DESERT RESTAURANT GROUP, LLC** | Desert Restaurant Group, LLC<br>Attn: Jon Ferraro<br>11400 W. Silver Spring Rd<br>Milwaukee, WI 53225 | Jon J. Ferraro<br>2360 Corporate Circle, Suite 400<br>Henderson, NV 89074-7722 |
| Michael J. Rose<br>2360 Corporate Circle, Suite 400<br>Henderson, NV 89074-7722 | | |
| **DF, LLC** | DF, LLC<br>Fred Mossler<br>150 Las Vegas Blvd. North, #2311<br>Las Vegas, NV 89101 | Dave L. Fletcher, Managing Member<br>3 Celia Court<br>Pacifica, CA 94044 |

| | | |
|---|---|---|
| DTP Small Business, LLC, Manager<br>3450 W. Sahara Avenue EG # 351<br>Las Vegas, NV 89102-5833 | Honus Holdings, LLC, Manager<br>150 Las Vegas Blvd, North, Unit 2311<br>Las Vegas, NV 89101 | DF, LLC<br>c/o United Corporate & Business Services<br>of Nevada LLC<br>Registered Agent<br>8375 W. Flamingo Rd. Ste. 103B<br>Las Vegas, NV 89147 |
| **DOUGLAS R. EISNER** | Douglas R. Eisner<br>241 W. Charleston Blvd., Ste. 140<br>Las Vegas, NV 89102 | |
| **DUSTIN METCALF** | Dustin Metcalf<br>22 Candlewyck Drive<br>Henderson, NV 89052 | |
| **DWIGHT AND BARBARA MEIERHENRY** | Dwight & Barbara Meierhenry<br>1544 Santa Anita Dr.<br>Las Vegas, NV 89119 | c/o Ron Carey<br>4701 Ashwood Drive<br>Saginaw MI 48603 |
| Dwight Meierhenry<br>738 E. Sahara<br>Las Vegas, NV 89102 | Maureen I O'Bannon<br>3540 W. Sahara Ave. 632<br>Las Vegas, NV 89102 | RA<br>Mike C Verville<br>8930 Spanish Ridge Ave<br>Las Vegas, NV 89148 |
| **ELIEZER MIZRACHI** | Eliezer Mizrachi<br>2425 Ping Drive<br>Henderson, NV 89074 | |
| **ELLIOT AND ANITA B. HARRIS** | Elliot A. and Anita B. Harris<br>c/o Rick Harris<br>14629 Quail Grove Circle<br>Oregon City, OR 97045 | |
| **EVERGREEN INTERNATIONAL AVIATION** | Evergreen International Aviation<br>Attn: Legal Department<br>140 Bradford Dr., Ste. A<br>West Berlin, NJ 08091-9216 | |
| **FAMILIAN DEVELOPMENT GROUP** | Familian Development Group<br>Mr. Bruce I. Familian<br>5520 Stephanie St.<br>Las Vegas, NV 89122 USA | Familian Group Development<br>c/o John T. Moran III Esq. PC<br>Registered Agent<br>630 S. Fourth Street<br>Las Vegas, NV 89101 |
| **FOREVER GREEN NV** | Ms. I. Heidi Loeb Hegerich<br>Forever Green NV<br>5380 Bellazza Ct.<br>Reno, NV 89519 | Don L. Ross<br>Registered Agent<br>6100 Neil Road. Sute 500<br>Reno, NV 89511 |

| | | |
|---|---|---|
| Don L. Ross<br>Registered Agent<br>PO Box 2311<br>Reno, NV 89511 | Mike Alvarez, Treasurer<br>c/o Woodburn and Wedge<br>P.O. Box 2311<br>Reno, NV 89511<br>*COURTESY COPY* | I. Heidi Loeb Hegerich, President<br>c/o Woodburn and Wedge<br>P.O. Box 2311<br>Reno, NV 89511<br>*COURTESY COPY* |
| **FOREVER GREEN NV, LLC** | Don L. Ross<br>Registered Agent<br>6100 Neil Road. Sute 500<br>Reno, NV 89511 | I. Heidi Loeb Hegerich, Manager<br>c/o Woodburn and Wedge<br>P.O. Box 2311<br>Reno, NV 89511<br>*COURTESY COPY* |
| **FRANK J. CATANZARITE** | Frank J. Catanzarite<br>1433 Hawkwood Road<br>Henderson, NV 89014 | |
| **FRIAS HOLDING COMPANY** | Frias Holding Company<br>c/o Bonet Allosada<br>Registered Agent<br>5010 S. Valley View Blvd.<br>Las Vegas, NV 89118 | Frias Standard Capital, Inc.<br>Attn: Phyllis Frias<br>5010 S. Valley View Blvd<br>Las Vegas, NV 89118 |
| **G2 GAME DESIGN, LLC** | G2 Game Design, LLC<br>Attn: Richard Lassiter<br>4315 W. Oquendo Rd.<br>Las Vegas, NV 89118 | G2 Game Design, LLC<br>c/o Nevada LLC Solutions, LLC<br>Registered Agent<br>2445 Fire Mesa Street Suite 100<br>Las Vegas, NV 89128 |
| Edward J. Cebulko, Manager<br>4311 W. Oquendo Rd.<br>Las Vegas, NV 89118 | Gregg R. Giuffria, Manager<br>4311 W. Oquendo Rd.<br>Las Vegas, NV 89118 | Richard R. Lassiter, Manager<br>4311 W. Oquendo Rd.<br>Las Vegas, NV 89118 |
| **GERALD THORNTON** | Gerald Thornton<br>5359 Sorrel Street<br>Las Vegas, NV 89118 | |
| **GERARDO BORREGO** | Gerardo Borrego, Executor<br>Estate of Claire Reis Benezra<br>439 S. Catalina Ave.<br>Condo 206<br>Pasadena, CA 91106 | Gerardo Borrego<br>c/o GARVEY SCHUBERT BARBER<br>121 SW Morrison Street<br>Portland, OR 97204<br>*COURTESY COPY* |
| **GREENWOOD HALL, INC.** | Greenwood Hall, Inc.<br>Attn: John Hall<br>1936 E. Deere Ave., Ste. 120<br>Santa Ana, CA 92705 | |
| **H2O CONVERSATION LTD** | H2O Conservation Ltd.<br>Attn: Mr. J. Scott Montana<br>935 Benecia Ave.<br>Sunnyvale, CA 94085 | |

| | | |
|---|---|---|
| **HOWARD L. ABSELET** | Howard L. Abselet<br>Attn: Diane Conniff, Esq.<br>32 Gramercy Park S., Ste. 15A<br>New York, NY 10003 | |
| **iPRO, INC.** | iPro, Inc.<br>ATTN: Robert Melendres & Shankar Narayanan<br>930 Tahoe Boulevard  Suite 802-591<br>Incline Village, NV 89451 | iPro, Inc.<br>c/o American Corporate Register, Inc.<br>Registered Agent<br>711 S. Carson Street, Suite 6<br>Carson City, NV 89701 |
| Robert Melendres, President<br>930 Tahoe Blvd., Suite 802-591<br>Incline Village, Nevada 89451 | Shankar Narayanan, Secretary<br>930 Tahoe Blvd., Suite 802-591<br>Incline Village, Nevada 89451 | iPro, Inc.<br>c/o Nevada Corporate Headquarters<br>Registered Agent<br>4730 S. Fort Apache Rd. Suite 300<br>Las Vegas, NV 89147-7947 |
| James R. Crabtree, Treasurer<br>P. O. Box 27740<br>Las Vegas, NV 89126 | Jeffrey L. Crabtree, Secretary<br>P. O. Box 27740<br>Las Vegas, NV 89126 | |
| **JA ENERGY** | JA Energy<br>Attn: James Lusk<br>7495 W. Azure Dr., Ste. 110<br>Las Vegas, NV 89130 | Barry Hall, President<br>8250 W. Charleston Blvd. Suite 100<br>Las Vegas, NV 89117 |
| Frank Arnone, Director<br>8250 W. Charleston Blvd. Suite 100<br>Las Vegas, NV 89117 | | |
| **JEAN PHILLIPS** | Jean Phillips<br>P.O. Box 51<br>Bronx, NY 10472 | |
| **JOHN J. CAHILL, PUBLIC ADMINISTRATOR** | Attn: Noraine Pagdanganan<br>515 Shadow Ln<br>Las Vegas, NV 89106 | |
| **JOHN KILPATRICK** | John Kilpatrick<br>4791 Matsonia Dr.<br>Honolulu, HI 96816 | John Kilpatrick<br>3960 Howard Hughes Parkway<br>Las Vegas, NV 89109 |
| **JOHN P. AND KIMBERLY L. FURLONG** | John P. and Kimberly L. Furlong<br>1749 Clear River Falls Ln.<br>Henderson, NV 89012 | |

| | | |
|---|---|---|
| **JONATHAN BAKTARI** | Jonathan Baktari<br>338 Wiseton Ave.<br>Las Vegas, NV  89183 | |
| **JOYCE ISSAQ** | Joyce Issaq<br>2768 E. Casey Dr.<br>Las Vegas, NV  89120 | |
| **JULIE SUMMERVILLE** | Julie Summerville<br>P.O. Box 8270<br>Gardnerville, NV 89460 | Julie Summerville<br>241 Job's Canyon Ct.<br>Gardnerville, NV  89460 |
| **KEXUAN YAO AND WILLIAM THOMPSON** | Kexuan Yao and William Thompson<br>Attn: Mark Hunter, Esq.<br>255 University Dr.<br>Coral Gables, FL  33134 | |
| **LUIS AND LUZ MUNOZ** | Luis & Luz Munoz<br>PERSONAL & CONFIDENTIAL<br>2747 Paradise Rd., Unit 1402<br>Las Vegas, NV  89109 | |
| **MARK STIFFLER** | Mark Stiffler<br>2501 Seaport Dr., SH 100<br>Chester, PA  19013  USA | |
| **MICHAEL AND DANIELLE PRICE** | Michael and Danielle Price<br>P.O. Box 2216<br>Sausalito, CA  94966 | |
| **MICHAEL B. ECKERMAN** | Michael B. Eckerman<br>1027 S. Rainbow Blvd., #126<br>Las Vegas, NV  89145 | |
| **MICHAEL DUNCAN** | Michael Duncan<br>6336 N. Oracle Rd., Ste. 326-328<br>Tucson, AZ  85704 | |
| **MICHAEL MOSCA** | Michael Mosca<br>8339 Cabin Peak St.<br>Las Vegas, NV  89123 | |

| | | |
|---|---|---|
| **MICHAEL REISS** | Michael Reiss<br>c/o Reiss Properties<br>2510 W. Horizon Ridge Pkwy., Ste. 230<br>Henderson, NV 89052 | |
| **MILTON CHRISTENSEN** | Milton Christensen<br>c/o Leslie Westreich<br>250 Greenpoint Ave., Ste. 400<br>Brooklyn, NY 11222 | Kelzyme Research & Development Center LLC<br>Attn: Milton Christensen<br>c/o The Tryad Group<br>250 Greenpoint Ave., Ste. 400<br>Brooklyn, NY 11222 |
| **MOMENI & ASSOCIATES, INC.** | Momeni & Associates, Inc.<br>Moe H. Momeni, President, CEO<br>3110 S. Durango Dr., Ste. 205<br>Las Vegas, NV 89117 | |
| **MOUNTAINSIDE HEALTH CENTER NV, LLC** | Mountainside Health Center NV, LLC<br>Attn: Howard Schwartz<br>3523 N. Pecos Rd., Ste. 100<br>North Las Vegas, NV 89115 | Mountainside Health Center NV, LLC<br>c/o Jay Brown LTD<br>Registered Agent<br>520 S. Fourth Street<br>Las Vegas, NV 89101 |
| Auto Drop Holdings, Managing Member<br>2275 East Sunset Road<br>Las Vegas, NV 89119 | Armando Baylon, Managing Member<br>532 Paseo Rosal<br>Chula Vista, CA 91910 | Andrew M. Gennuso, Managing Member<br>360 E. Desert Inn Rd. #403<br>Las Vegas, NV 89109 |
| Howard M. Schwartz, Managing Member<br>3569 Ladera Avenue<br>Las Vegas, NV 89120 | Michael Vu, Managing Member<br>5961 Sage Drive<br>San Jose, CA 95123 | Cody K. Whipple, Managing Member<br>10601 Amblewood Avenue<br>Las Vegas, NV 89144 |
| Daniel V. Willens, Managing Member<br>3427 Newridge Drive<br>Rancho Palos Verdes, CA 90275 | | |
| **MOVELINE GROUP, INC.** | Moveline Group, Inc.<br>Attn: Alice Edwards<br>400 S. Fourth St., Ste. 450<br>Las Vegas, NV 89101-6205 | Moveline Group, Inc.<br>c/o CSC Services of Nevada, Inc.<br>Registered Agent<br>2215-B Renaissance Drive<br>Las Vegas, NV 89119 |
| David Catalano, Secretary<br>400 S. Fourth St., Ste. 450<br>Las Vegas, NV 89101-6205 | Frederick Cook, President<br>400 S. Fourth St., Ste. 450<br>Las Vegas, NV 89101-6205 | Kelly Eidson, Director<br>400 S. Fourth St., Ste. 450<br>Las Vegas, NV 89101-6205 |
| John Frankel, Director<br>400 S. Fourth St., Ste. 450<br>Las Vegas, NV 89101-6205 | Alice Edwards, Treasurer<br>400 S. Fourth St., Ste. 450<br>Las Vegas, NV 89101-6205 | David E. Perry, Registered Agent<br>117 Washington Street SW<br>Blacksburg, VA 24060 |

**NANNIES & HOUSEKEEPERS, LLC**

Nannies & Housekeepers, LLC
Attn: Lexy Lionel
3585 E. Flamingo Rd., Ste. 204
Las Vegas, NV 89121

Nannies & Housekeepers, LLC
c/o Fennemore Craig, P.C.
Registered Agent
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101

**NEVADA ALLIANCE OF BOYS & GIRLS CLUBS, INC.**

Nevada Alliance of Boys & Girls Clubs
Attn: Jack Benter, CPA
2850 Lindell Rd.
Las Vegas, NV 89146

Steve Smith
c/o Boys & Girls Club of Truckee Mdws
Registered Agent
2680 E. Ninth Street
Reno, NV 89512

Justin Aguilar, Treasurer
P.O. Box 1378
Yerington, NV 89447

Noelle Hardt, Secretary
1120 Huffman Rd., Suite 24 Box 538
Anchorage, AK 99515

Marc Markwell, President
2680 E. Ninth Street
Reno, NV 89512

Brenda Robertson, Director
3451 Mount Blanc Court
Carson City, NV 89705

**NEVADA ASSOCIATION OF HEALTH FACILITIES**

Nevada Association of Health Facilities
Attn: Daniel Mathis, CEO
35 E. Horizon Ridge Pkwy, Ste 110-137
Henderson, NV 89002

Charles Perry, Registered Agent
4550 W. Oakey Blvd. Suite 99-B
Las Vegas, NV 89102-1559

Denise Selleck, Director
1489 Warm Springs Rd. #110
Henderson, NV 89014

Rocky Tanner, President
1489 Warm Springs Rd. #110
Henderson, NV 89014

Sheila Weeks, Treasurer
1489 Warm Springs Rd. #110
Henderson, NV 89014

**PATRICIA ANN THOMPSON**

Patricia Ann Thompson
7142 Shadow Crest Dr.
Las Vegas, NV 89119

**PEMBERTON FINE WINE AND SPIRITS, LLC**

Pemberton Fine Wine & Spirits, LLC
Attn: Jennifer Tarter, CPA
10247 Wispy Willow Way
Las Vegas, NV 89135 USA

Pemberton Fine Wine & Spirits, LLC
c/o Registered Agent Solutions, Inc.
4625 West Nevso Dr., Suite 2
Las Vegas, NV 89103

Scott Harris, Manager
900 Heavenly Hills Ct. #116
Las Vegas, NV 89145

**PRESTIGE CAPITAL FUND, LLC**

Prestige Capital Fund, LLC
Attn: Raymond Policar, Esq.
P.O. Box 74093
Davis, CA 95617-5093

Gwinn Construction Inc., Managing Member
PO Box 12187
Zephyr Cove, NV 89448

David Salmassy, Managing Member
PO Box 12187
Zephyr Cove, NV 89448

| | | |
|---|---|---|
| **PUBLIC HOUSE LAS VEGAS, LLC** | Public House Las Vegas LLC<br>Attn: Brian C. Harrington<br>100 E. Hector St., Ste. 225<br>Conshohocken, PA 19428 | Public House Las Vegas LLC<br>c/o Public House Las Vegas<br>Registered Agent<br>3900 S. Las Vegas Blvd.<br>Las Vegas, NV 89119 |
| Public House Las Vegas<br>1819 John F. Kennedy Blvd. Ste. 480<br>Philadelphia, PA 19103 | Gary Cardi, Managing Member<br>1100 E. Hector St., Ste. 225<br>Conshohocken, PA 19428 | |
| **RAINBOW ANDREANI** | Rainbow Andreani<br>4980 Mountain Creek Dr.<br>Las Vegas, NV 89148 | |
| **RAINBOW HOTEL** | Rainbow Hotel LLC<br>Attn: Leonard and Susan Mardian<br>4132 S. Rainbow Blvd., Ste. 324<br>Las Vegas, NV 89103 | Rainbow Hotel, LLC<br>c/o Castle Arch, LLC<br>Registered Agent<br>6069 Fort Apache Rd. Suite 100<br>Las Vegas, NV 89148 |
| Susan Mardian, Manager<br>4132 S. Rainbow Blvd., Ste. 324<br>Las Vegas, NV 89103 | | |
| **RAY O'DONNELL** | Ray O'Donnell<br>3664 Dorrington Dr.<br>Las Vegas, NV 89129 | |
| **RHONDA MUSHKIN** | Rhonda Mushkin<br>4475 S. Pecos<br>Las Vegas, NV 89121 | |
| **ROBERT AND MOLLY HAMRICK** | Robert and Molly Hamrick<br>8290 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117 | |
| **RONALD AND AUDREY TASSINARI** | Ronald Tassinari<br>P O Box 81890<br>Las Vegas, NV 89180 | |

| | | |
|---|---|---|
| **SCOTT SIBLEY** | Scott Sibley<br>PERSONAL & CONFIDENTIAL<br>c/o Nevada Legal News<br>930 S. 4th St., Ste 100<br>Las Vegas, NV  89101 | |
| **SHEILA M. MATHERLY** | Sheila M. Matherly<br>953 Puerta Del Sol Dr.<br>Las Vegas, NV  89138 | |
| **SRS HOLDINGS** | SRS Holdings LLC<br>2904 W. Horizon Ridge Pkwy #120<br>Henderson, NV  89052 | SRS Holdings<br>John E. Dawson, Esq., Registered Agent<br>8363 W. Sunset Rd. Ste. 200<br>Las Vegas, NV 89113 |
| Steven J. Suseoff, Manager<br>8363 W. Sunset Rd. Ste. 200<br>Las Vegas, NV 89113 | | |
| **STERLING SENIOR COMMUNITIES** | Sterling Senior Communities<br>1101 Fifth Ave, Suite 300<br>San Rafael, CA  94901 | |
| **SUNING UNIVERSAL CO., LTD.** | Suning Universal Co<br>Attn:  Qiyu Zue, Senior Manager<br>11/F, Block 1, No. 89, Queensway Road<br>Admiralty    Hong Kong | |
| **T.A.C.T. USA INC.** | T.A.C.T. USA Inc.<br>Douglas Peterson, Corporate Counsel<br>Fulcrom Environmental Solutions<br>10819 - 184 Street<br>Edmonton, AB  T5S 2T2  Canada | T.A.C.T. USA Inc.<br>c/o Fennemore Craig, P.C. (Las Vegas)<br>Registered Agent<br>300 S. Fourth Street, Ste. 1400<br>Las Vegas, NV 89101 |
| David A. Meunier, President<br>5423 RR 275<br>Calahoo, Alberta<br>T8R 1Y9 Canada | Lee Meunier, Treasurer<br>Box 40, Site 3, RR1<br>Calahoo, Alberta<br>T8R 1Y9 Canada | Douglas H. Peterson, Secretary<br>10819 – 184 Street<br>Edmonton, Alberta<br>T5S 2N9 Canada |
| **TED AND CHERYL I. LACHOWICZ** | Ted and Cheryl Lachowicz<br>38 Grand Corniche Drive<br>Henderson, NV  89011  USA | |
| **THOMAS M. MCINTOSH, ATTORNEY AT LAW** | Thomas M. McIntosh,  Attorney at Law<br>1516 North Broadway<br>Santa Ana, CA  92706 | |

| | | |
|---|---|---|
| **TRACY WESTEN AND LINDA LAWSON** | Westen Family Group, LLC<br>c/o Tracy Westen and Linda Lawson<br>5239 Edmonson Ave.<br>Dallas, TX  75209  USA | Tracy Westen and Linda Lawson<br>1800 Jelinda Dr<br>Santa Barbara CA  93108 |
| **WATERTON GLOBAL VALUE, L.P. & BOREALIS** | Waterton Global Value, L.P. & Borealis Mining Co LLC<br>Attn:  Kamal Toor & Richard Wells<br>199 Bay St., Ste. 5050<br>Toronto, ON  M5L 1E2  CANADA | |
| **WHITTIER TRUST COMPANY OF NEVADA** | Whittier Trust Company of Nevada<br>100 W. Liberty St., Ste. 890<br>Reno, NV  89501 | Whittier Trust Company of Nevada<br>c/o William E. Ramsay<br>Registered Agent<br>100 W. Liberty St., Ste. 890<br>Reno, NV  89501 |
| Steven A. Anderson, Secretary<br>1042 Forest Knoll Drive<br>Oak Park, CA 91377 | Michael J. Casey, Director<br>1589 Chelsea Road<br>San Marino, CA 91180 | William E. Ramsay, President<br>920 Schellbourne Street<br>Reno, NV 89511 |
| Carie A. Wickers, Treasurer<br>1117 Rosewalk Way<br>Pasadena, CA 91103 | | |
| **YUNLI MOY** | Yunli Moy<br>10563 Bambola Pl.<br>Las Vegas, NV  89135 | |