Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
Phone: 702-228-7590 / Fax: 702-892-0122
E-Mail: bkfilings@s-mlaw.com
*Attorneys for Yvette Weinstein, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Lionel Sawyer & Collins, Ltd.,<br><br>                                    Debtor. | Case No. BK-S-15-10462-MKN<br><br>Chapter 7<br><br>Adversary No. 16-01121-MKN |
| Yvette Weinstein, Chapter 7 Trustee,<br><br>                                    Plaintiff,<br><br>v.<br><br>1224 LTD Consulting, et al.,<br><br>                                    Defendants. | **OMNIBUS NOTICE OF HEARING REGARDING:**<br>**1) APPLICATION FOR DEFAULT JUDGMENT AGAINST ANTHONY LONDON;**<br>**2) APPLICATION FOR DEFAULT JUDGMENT AGAINST ARBOR FOUNDATION;**<br>**3) APPLICATION FOR DEFAULT JUDGMENT AGAINST BRUCE WISNER;**<br>**4) APPLICATION FOR DEFAULT JUDGMENT AGAINST CASINO SERVICES PUBLISHING, LLC;**<br>**5) APPLICATION FOR DEFAULT JUDGMENT AGAINST DALE HOWARD;**<br>**6) APPLICATION FOR DEFAULT JUDGMENT AGAINST DESERT RESTAURANT GROUP, LLC;**<br>**7) APPLICATION FOR DEFAULT JUDGMENT AGAINST DF, LLC;**<br>**8) APPLICATION FOR DEFAULT JUDGMENT AGAINST DUSTIN METCALF;**<br>**9) APPLICATION FOR DEFAULT JUDGMENT AGAINST ELLIOT A. AND ANITA B. HARRIS;**<br>**10) APPLICATION FOR DEFAULT JUDGMENT AGAINST FRANK J. CATANZARITE;**<br>**11) APPLICATION FOR DEFAULT JUDGMENT AGAINST GERALD** |

03 - NOH - Omnibus Notice of Application for Default Judgment.doc, Liberty Mutual

THORNTON;

12) APPLICATION FOR DEFAULT JUDGMENT AGAINST H2O CONSERVATION LTD.;

13) APPLICATION FOR DEFAULT JUDGMENT AGAINST JA ENERGY;

14) APPLICATION FOR DEFAULT JUDGMENT AGAINST JEAN PHILLIPS;

15) APPLICATION FOR DEFAULT JUDGMENT AGAINST KEXUAN YAO AND WILLIAM THOMPSON;

16) APPLICATION FOR DEFAULT JUDGMENT AGAINST MARK STIFFLER;

17) APPLICATION FOR DEFAULT JUDGMENT AGAINST MICHAEL B. ECKERMAN;

18) APPLICATION FOR DEFAULT JUDGMENT AGAINST MICHAEL DUNCAN;

19) APPLICATION FOR DEFAULT JUDGMENT AGAINST MICHAEL MOSCA;

20) APPLICATION FOR DEFAULT JUDGMENT AGAINST MILTON CHRISTENSEN;

21) APPLICATION FOR DEFAULT JUDGMENT AGAINST MOVELINE GROUP, INC., A DELAWARE CORPORATION;

22) APPLICATION FOR DEFAULT JUDGMENT AGAINST NEVADA ASSOCIATION OF HEALTH FACILITIES;

23) APPLICATION FOR DEFAULT JUDGMENT AGAINST PATRICIA ANN THOMPSON;

24) APPLICATION FOR DEFAULT JUDGMENT AGAINST PRESTIGE CAPITAL FUND, LLC;

25) APPLICATION FOR DEFAULT JUDGMENT AGAINST PUBLIC HOUSE LAS VEGAS LLC;

26) APPLICATION FOR DEFAULT JUDGMENT AGAINST SRS HOLDINGS;

27) APPLICATION FOR DEFAULT JUDGMENT AGAINST T.A.C.T. USA INC.;

03 - NOH - Omnibus Notice of Application for Default Judgment.doc, Liberty Mutual

and
28) **APPLICATION FOR DEFAULT JUDGMENT AGAINST TED AND CHERYL I. LACHOWICZ**
Hearing Date: November 21, 2017
Hearing Time: 10:30 a.m.

**NOTICE IS HEREBY GIVEN** that Yvette Weinstein, Trustee ("Trustee"),[1] by and through her counsel, Schwartzer & McPherson Law Firm, has filed the following documents: 1) Application For Default Judgment Against Anthony London; 2) Application For Default Judgment Against Arbor Foundation; 3) Application For Default Judgment Against Bruce Wisner; 4) Application For Default Judgment Against Casino Services Publishing, LLC; 5) Application For Default Judgment Against Dale Howard; 6) Application For Default Judgment Against Desert Restaurant Group, LLC; 7) Application For Default Judgment Against DF, LLC; 8) Application For Default Judgment Against Dustin Metcalf; 9) Application For Default Judgment Against Elliot A. And Anita B. Harris; 10) Application For Default Judgment Against Frank J. Catanzarite; 11) Application For Default Judgment Against Gerald Thornton; 12) Application For Default Judgment Against H2o Conservation LTD.; 13) Application For Default Judgment Against JA Energy; 14) Application For Default Judgment Against Jean Phillips; 15) Application For Default Judgment Against Kexuan Yao And William Thompson; 16) Application For Default Judgment Against Mark Stiffler; 17) Application For Default Judgment Against Michael B. Eckerman; 18) Application For Default Judgment Against Michael Duncan; 19) Application For Default Judgment Against Michael Mosca; 20) Application For Default Judgment Against Milton Christensen; 21) Application For Default Judgment Against Moveline Group, Inc., A Delaware Corporation; 22) Application For Default Judgment Against Nevada Association Of Health Facilities; 23) Application For Default Judgment Against Patricia Ann Thompson; 24) Application For Default Judgment Against Prestige Capital Fund, LLC; 25) Application For Default Judgment Against Public House Las Vegas LLC; 26) Application For Default Judgment Against SRS Holdings; 27) Application For Default Judgment Against T.A.C.T. USA Inc.; and 28) Application For Default Judgment Against Ted And Cheryl I. Lachowicz (collectively, the "Applications").

---

[1] All capitalized terms have the meanings ascribed them in the underlying motions.

**RELIEF REQUESTED**

The Trustee respectfully requests that Judgments by default be entered against certain defendants in the amounts as set forth on the chart attached to this Notice of Hearing as **Exhibit "1."**

**OPPOSITIONS**

Any Oppositions must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

Copies of the Applications may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting Schwartzer & McPherson Law Firm, email: bkfilings@s-mlaw.com, telephone: 702-228-7590 or fax: 702-892-0122.

**HEARING DATE**

**NOTICE IS FURTHER GIVEN** that the hearing on the Applications may be continued without further notice.

**NOTICE IS FURTHER GIVEN** that the hearing on the Applications will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada on **November 21, 2017 at 10:30 a.m.**

Dated this 18th day of October, 2017.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146
*Attorneys for Yvette Weinstein, Trustee*

LSC - Adversary Complaint (Mass) Tracking

| ECF No. for Application for Default | Defendant(s) | Principal & Interest due as of 10/15/2017 | Attorney Fees | Attorney Costs | Judgment Amount As Of 10/15/2017 | Daily Rate Post Judgment |
|---|---|---|---|---|---|---|
| 248 | Anthony London | $ 3,228.92 | $ 462.41 | $ 104.73 | $ 3,796.06 | $ 1.25 |
| 250 | Arbor Foundation | $ 1,974.45 | $ 462.41 | $ 104.73 | $ 2,541.59 | $ 0.84 |
| 252 | Bruce Wisner | $ 1,410.33 | $ 462.41 | $ 104.73 | $ 1,977.47 | $ 0.65 |
| 254 | Casino Services Publishing, LLC | $ 5,487.78 | $ 462.41 | $ 104.73 | $ 6,054.92 | $ 1.99 |
| 256 | Dale Howard | $ 1,888.34 | $ 462.41 | $ 104.73 | $ 2,455.48 | $ 0.81 |
| 258 | Desert Restaurant Group, LLC | $ 8,515.82 | $ 462.41 | $ 104.73 | $ 9,082.96 | $ 2.99 |
| 260 | DF, LLC | $ 2,012.57 | $ 462.41 | $ 104.73 | $ 2,579.71 | $ 0.85 |
| 262 | Dustin Metcalf[2] | $ 2,603.26 | $ 462.41 | $ 104.73 | $ 3,170.40 | $ 1.04 |
| 264 | Elliot A. and Anita B. Harris | $ 7,382.75 | $ 462.41 | $ 104.73 | $ 7,949.89 | $ 2.61 |
| 266 | Frank J. Catanzarite | $ 2,207.70 | $ 462.41 | $ 104.73 | $ 2,774.84 | $ 0.91 |
| 268 | Gerald Thornton | $ 4,844.99 | $ 462.41 | $ 104.73 | $ 5,412.13 | $ 1.78 |
| 270 | H2O Conservation Ltd. | $ 32,404.86 | $ 462.41 | $ 104.73 | $ 32,972.00 | $ 10.84 |
| 272 | JA Energy | $ 4,286.86 | $ 462.41 | $ 104.73 | $ 4,854.00 | $ 1.60 |
| 274 | Jean Phillips | $ 2,195.11 | $ 462.41 | $ 104.73 | $ 2,762.25 | $ 0.91 |
| 276 | Kexuan Yao and William Thompson | $ 7,779.87 | $ 462.41 | $ 104.73 | $ 8,347.01 | $ 2.74 |
| 278 | Mark Stiffler | $ 2,454.18 | $ 462.41 | $ 104.73 | $ 3,021.32 | $ 0.99 |
| 280 | Michael B. Eckerman | $ 9,890.81 | $ 462.41 | $ 104.73 | $ 10,457.95 | $ 3.44 |
| 282 | Michael Duncan | $ 10,196.73 | $ 462.41 | $ 104.73 | $ 10,763.87 | $ 3.54 |
| 284 | Michael Mosca | $ 1,636.56 | $ 462.41 | $ 104.73 | $ 2,203.70 | $ 0.72 |
| 286 | Milton Christensen | $ 15,667.71 | $ 462.41 | $ 104.73 | $ 16,234.85 | $ 5.34 |
| 288 | Moveline Group, Inc., a Delaware corporation | $ 6,884.16 | $ 462.41 | $ 104.73 | $ 7,451.30 | $ 2.45 |
| 290 | Nevada Association of Health Facilities | $ 6,165.04 | $ 462.41 | $ 104.73 | $ 6,732.18 | $ 2.21 |

**EXHIBIT 1**

LSC - Adversary Complaint (Mass) Tracking

| ECF No. for Application for Default | Defendant(s) | Principal & Interest due as of 10/15/2017 | Attorney Fees | Attorney Costs | Judgment Amount As Of 10/15/2017 | Daily Rate Post Judgment |
|---|---|---|---|---|---|---|
| 292 | Patricia Ann Thompson | $ 1,600.12 | $ 462.41 | $ 104.73 | $ 2,167.26 | $ 0.71 |
| 294 | Prestige Capital Fund, LLC | $ 29,700.50 | $ 462.41 | $ 104.73 | $ 30,267.64 | $ 9.95 |
| 296 | Public House Las Vegas LLC | $ 8,199.60 | $ 462.41 | $ 104.73 | $ 8,766.74 | $ 2.88 |
| 298 | SRS Holdings | $ 4,151.45 | $ 462.41 | $ 104.73 | $ 4,718.59 | $ 1.55 |
| 300 | T.A.C.T. USA Inc. | $ 1,499.78 | $ 462.41 | $ 104.73 | $ 2,066.92 | $ 0.68 |
| 302 | Ted and Cheryl I. Lachowicz | $ 2,434.30 | $ 462.41 | $ 104.73 | $ 3,001.44 | $ 0.99 |

[1] Interest rate is 12% pursuant to invoices/retainer agreement.

[2] Payments received from Mr. Metcalf that were not credited to his accounts receivable balance prior to the bankruptcy filing have been applied to his outstanding balance. Accordingly, the fees and costs owed as set forth on Exhibit 1 of the Amended Complaint have been reduced from $6,782.25 to $1,958.50 and the accrued interest has been adjusted accordingly.

**EXHIBIT 1**