Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV  89146
Phone:  702-228-7590 / Fax:  702-892-0122
E-Mail:  bkfilings@s-mlaw.com
*Attorneys for Yvette Weinstein, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Lionel Sawyer & Collins, Ltd.,<br>　　　　　　　　　　　　　　Debtor. | Case No. BK-S-15-10462-MKN<br>Chapter 7 |
| Yvette Weinstein, Chapter 7 Trustee,<br>　　　　　　　　　　　　　　Plaintiff,<br>v.<br>1224 LTD Consulting; Amerco Real Estate Company; Amy Julien; Amy Lucier; Andrew B. Donner; Anthony London; Apex Clean Energy, Inc.; Arbor Foundation; Armando Rodriguez; ASTOUND Group, Inc; Bruce Wisner; Bryce L. Tirrell; Capital Health Group LLC; Casino Services Publishing, LLC; Cerberus Holdings, LLC; CMA Consulting; Cynthia Matheus; Dale Howard; David Leonardi; Deli Planet, Inc.; Desert Restaurant Group, LLC; DF, LLC; Douglas R. Eisner; Dustin Metcalf; Dwight Meierhenry & Barbara Meierhenry; Eliezer Mizrachi; Elliot A. Harris and Anita B. Harris; Evergreen International Aviation; Familian Development Group; Forever Green NV, a Nevada corporation; I. Heidi Loeb Hegerich; Frank J. Catanzarite; Frias Holding Company; G2 Game Design, LLC; Gerald Thornton; Gerardo Borrego; Greenwood Hall, Inc.; H2O Conservation Ltd.; Howard L. Abselet; iPro, Inc.; JA Energy; Jean Phillips; John J. Cahill, Public Administrator; John Kilpatrick; John P. Furlong and Kimberly L. Furlong; Jonathan Baktari; Joyce Issaq; Julie Summerville; Kexuan Yao and William Thompson; Luis Munoz & Luz Munoz; Mark Stiffler; Michael Price and Danielle Price; Michael B. Eckerman; Michael Duncan; Michael Mosca; Michael Reiss; Milton Christensen; Momeni & Associates, Inc.; Mountainside Health Center NV, LLC; Moveline Group, Inc., a Delaware corporation; Nannies & Housekeepers, | Adversary No. 16-01121-MKN<br><br>**NOTICE REGARDING COMPLETION OF PROCEEDING**<br><br>**Date:  N/A**<br><br>**Time: N/A** |

Page 1

Notice of Completion

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  LLC; Nevada Alliance of Boys & Girls Clubs;
2  Nevada Association of Health Facilities; Patricia Ann Thompson; Pemberton Fine Wine and
3  Spirits, LLC; Prestige Capital Fund, LLC; Public House Las Vegas LLC; Rainbow Andreani;
4  Rainbow Hotel, LLC; Ray O'Donnell; Rhonda Mushkin; Robert Hamrick and Molly Hamrick;
5  Ronald Tassinari & Audrey Tassinari; Scott Sibley; Sheila M. Matherly; SRS Holdings;
6  Sterling Senior Communities; Suning Universal
7  Co., Ltd.; T.A.C.T. USA Inc.; Ted Lachowicz and Cheryl I Lachowicz; Thomas M. McIntosh,
8  Attorney at Law; Tracy Westen and Linda Lawson; Waterton Global Value, L.P. & Borealis
9  Mining Co. LLC; Weir Foulds, LLP; Whittier Trust Company of Nevada; Yunli Moy; DOE
10  individuals 1-10; and ROE corporations 1-10,
11                                                        Defendants.

12      Yvette Weinstein, Chapter 7 Trustee, by and through her counsel, Schwartzer & McPherson

13  Law Firm, hereby files this Notice Regarding Completion of Proceeding.  All issues in this

14  proceeding have been resolved by dismissal, judgment, or settlement, and no appeals are pending.

15  As a result, this adversary proceeding may be closed.

16      Dated:  October 9, 2018.

17  /s/ Jeanette E. McPherson
    Jeanette E. McPherson, NV Bar No. 5423
18  Schwartzer & McPherson Law Firm
    2850 S. Jones Blvd., Suite 1
19  Las Vegas, NV  89146
    *Attorneys for Yvette Weinstein, Chapter 7 Trustee*
20