Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV  89146
Phone:  702-228-7590 / Fax:  702-892-0122
E-Mail:  bkfilings@s-mlaw.com
*Attorneys for Yvette Weinstein, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>Lionel Sawyer & Collins, Ltd.,<br>                                            Debtor. | Case No. BK-S-15-10462-MKN<br>Chapter 7 |
| Yvette Weinstein, Chapter 7 Trustee,<br>                                            Plaintiff,<br>v.<br>1224 LTD CONSULTING, et al.,<br>                                            Defendants. | Adversary No. 16-01121-mkn<br><br>**CERTIFICATE OF SERVICE** |

1. I caused to be served the following document(s):

   a) Notice Of Dismissal Regarding Astound Group, Inc. Only As Defendant Pursuant To Fed.R.Bankr.P. 7041(a)(1) ("Astound Notice") [Dkt. 399];

   b) Notice Of Dismissal Regarding Suning Universal Co., Ltd. Only As Defendant Pursuant To Fed.R.Bankr.P. 7041(a)(1) ("Suning Notice") [Dkt. 400];

   c) Notice Of Dismissal Regarding Tracy Westen And Linda Lawson Only As Defendants Pursuant To Fed.R.Bankr.P. 7041(a)(1) ("Westen Notice") [Dkt. 401];

   d) Notice Of Withdrawal Of Entry Of Default And Dismissal Regarding Gerardo Borrego Only ("Borrego Notice") [Dkt. 402];

   e) Notice Of Dismissal Regarding Waterton Global Value, L.P. & Borealis Mining Co. LLC Only As Defendant Pursuant To Fed.R.Bankr.P. 7041(a)(1) ("Waterton Notice") [Dkt. 403], and

   f) Notice Regarding Completion Of Proceeding ("Completion Notice") [Dkt. 404].

2. I served the above-named document(s) by the following means to the persons as listed below:

/ / /

/ / /

Page 1



1  ☒    a.    **By ECF System (Astound Notice, Suning Notice, Westen Notice, Borrego Notice &**
2  **Waterton Notice On 10/4/2018; Completion Notice On 10/9/2018)**:

3  HOLLY E ESTES on behalf of Counter-Claimant CERBERUS HOLDINGS, LLC
4  hestes@esteslawpc.com

5  HOLLY E ESTES on behalf of Defendant CERBERUS HOLDINGS, LLC
6  hestes@esteslawpc.com

7  KERRY P. FAUGHNAN on behalf of Defendant LUIS MUNOZ
8  kerry.faughnan@gmail.com, filings@docprep.info

9  KERRY P. FAUGHNAN on behalf of Defendant LUZ MUNOZ
10  kerry.faughnan@gmail.com, filings@docprep.info

11  KERRY P. FAUGHNAN on behalf of Defendant SCOTT SIBLEY
12  kerry.faughnan@gmail.com, filings@docprep.info

13  JEANETTE E. MCPHERSON on behalf of Counter-Defendant YVETTE WEINSTEIN
14  bkfilings@s-mlaw.com

15  JEANETTE E. MCPHERSON on behalf of Plaintiff YVETTE WEINSTEIN
16  bkfilings@s-mlaw.com

17  JEANETTE E. MCPHERSON on behalf of Trustee YVETTE WEINSTEIN
18  bkfilings@s-mlaw.com

19  JOSHUA H. REISMAN on behalf of Defendant FAMILIAN DEVELOPMENT GROUP
20  jreisman@rsnvlaw.com

21  ☐    b.    **By United States mail, postage fully prepaid:**
22  ☐    c.    **By Personal Service**
23         I personally delivered the document(s) to the persons at these addresses:
24    ☐    For a party represented by an attorney, delivery was made by handing the
25  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other
26  person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the
27  office.
28    ☐    For a party, delivery was made by handing the document(s) to the party or by leaving

1   the document(s) at the person's dwelling house or usual place of abode with someone of suitable age
2   and discretion residing there.

3   ☐    d.    **By direct email:**

4   Based upon the written agreement to accept service by email or a court order, I caused
5   the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within
6   a reasonable time after the transmission, any electronic message or other indication that the
7   transmission was unsuccessful.

8   ☐    e.    **By fax transmission**

9   Based upon the written agreement of the parties to accept service by fax transmission
10  or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was
11  reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

12  **I declare under penalty of perjury that the foregoing is true and correct.**

13  Taylor Jorgensen                             */s/ Taylor Jorgensen*
    (Name of Declarant)                          (Signature of Declarant)

Page 3